# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.,* | ) | |
| (TAHAWWUR HUSSAIN RANA), | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT RANA'S MOTION FOR DISCLOSURE
## OF FOREIGN INTELLIGENCE SURVEILLANCE ACT
## APPLICATIONS, ORDERS AND RELATED DOCUMENTS

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W. BLEGEN**, **JODI L. GARVEY**, and **DANIEL A. RUFO**, pursuant to 50 U.S.C. §1801 *et. seq.*, the Due Process provisions of the Fifth Amendment to the Constitution of the United States, the Assistance of Counsel provision of the Sixth Amendment to the Constitution of the United States, and *Brady v. Maryland*, 373 U.S. 83 (1963), respectfully requests that this Court enter an order requiring the government to provide Defendant with all Foreign Intelligence Surveillance Act ("FISA") applications, orders and related documents where Defendant is an "aggrieved person" as defined in 50 U.S.C. §1801(k).

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On October 18, 2009, the government filed notice indicating that it intends to offer into evidence or otherwise use or disclose information obtained and derived from electronic surveillance and physical searches conducted pursuant to FISA. (Case No. 09 CR 849, Docket No. 5) The notice provides no other specifics related to FISA applications or orders

2. Pursuant to both 50 U.S.C. §1806(e) and §1825(f), an "aggrieved person" under

FISA has standing to move to suppress the evidence obtained or derived on the grounds that it was unlawfully acquired or not made in conformity with the FISA order or approval.[1] In order to enable Defendant to effectively exercise this right, disclosure of the FISA materials is necessary.

3. Defendant has received some discovery material from the government, but no FISA documents have been provided. Without disclosure of the FISA materials, Defendant will be forced to file a speculative motion to suppress, lacking any particularity and will be unable to develop the legal arguments necessary for an effective motion.

4. Forcing Defendant to engage in such a fishing expedition, as opposed to mounting a reasonable objection to the FISA materials, runs afoul of bedrock principles of our system of justice. Defendant submits that fundamental fairness, due process, and the Sixth Amendment right to the effective assistance of counsel, as well as *Brady v. Maryland,* all require that Defendant be given a meaningful role in the adversarial process, rather than be denied information crucial to his defense.

5. This Court can order disclosure of FISA materials "where such disclosure is necessary to make an accurate determination of the legality of [the electronic surveillance or physical search]." 50 U.S.C. §1806(f) and §1825(g).

6. Based on a review of the discovery tendered by the government to date, it appears that the FISA applications may well contain deficiencies that would best be dealt with by full briefing by Defendant. Given the inherent constitutional dangers found in the complete exclusion of Defendant from any involvement in FISA proceedings, this Court should order the disclosure of all FISA documents.

---

[1] 50 U.S.C. §1806(e) refers to electronic surveillance conducted under FISA, while 50 U.S.C. §1825(f) refers to physical searches conducted under FISA.

WHEREFORE, Defendant respectfully requests that this Court enter an order requiring the government to provide Defendant with all FISA applications, orders and related documents where Defendant is an "aggrieved person."

Respectfully submitted,

**s/ Daniel A. Rufo**
**DANIEL A. RUFO**, One of the Attorneys for Defendant Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

# CERTIFICATE OF SERVICE

       I hereby certify that foregoing Defendant Rana's Motion for Disclosure of Foreign Intelligence Surveillance Act Applications, Orders and Related Documents was served on May 10, 2010, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                 **s/ Daniel A. Rufo**
                                                 **DANIEL A. RUFO**
                                                 53 West Jackson Boulevard, Suite 1437
                                                 Chicago, Illinois 60604
                                                 (312) 957-0100