**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.,* | ) | |
| (TAHAWWUR HUSSAIN RANA), | ) | |
| | ) | **UNDER SEAL** |
| Defendants. | ) | |

**DEFENDANT RANA'S UNDER SEAL MOTION
FOR LEAVE TO FILE HIS SUPPLEMENT TO HIS MOTION
FOR RELIEF FROM PREJUDICIAL JOINDER OF COUNTS *EX PARTE*[1]**

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W. BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY** and **DANIEL A. RUFO**, respectfully moves this Court for leave to file his supplement to his Motion for Relief from Prejudicial Joinder of Counts *ex parte*.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. Defendant has filed herewith a motion for relief from prejudicial joinder of counts which argues that Count Eleven should be severed from Counts Nine and Twelve. (Docket Number 150).

2. In that motion, Defendant asserts that he has conflicting defenses and a strong need to testify regarding Counts Nine and Twelve and a similarly strong need to refrain from testifying regarding Count Eleven.

3. Defendant does not wish to divulge the details of his contemplated defenses

---

[1] Counsel have filed this document under seal as it relates to an under seal motion.

or his potential testimony to the government. As such, Defendant has prepared a supplement to his motion which details Defendant's conflicting defenses, as well as his conflicting need to testify regarding Counts Nine and Twelve and need to refrain regarding Count Eleven.

4. Defendant requests that this Court grant him leave to filed this supplement *ex parte* so that he may avoid disclosing this sensitive information to the government.

WHEREFORE, Defendant respectfully moves this Court for entry of its order granting him leave to file his supplement to his Motion for Relief from Prejudicial Joinder of Counts *ex parte*.

                Respectfully submitted,

                s/Patrick W. Blegen
                **PATRICK W. BLEGEN**, One of the
                Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## CERTIFICATE OF SERVICE

  I hereby certify that foregoing Defendant Rana's Under Seal Motion for Leave to File his Supplement to his Motion for Relief from Prejudicial Joinder of Counts *Ex Parte* was served on November 22, 2010, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                **s/ Patrick W. Blegen**
                **PATRICK W. BLEGEN**
                53 West Jackson Boulevard, Suite 1437
                Chicago, Illinois 60604
                (312) 957-0100