# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, | ) | |
| (TAHAWWUR RANA) | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RANA'S PROPOSED JURY QUESTIONNAIRE

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W.**

**BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY** and **DANIEL A. RUFO,** respectfully

submits the following Proposed Jury Questionnaire.

Respectfully submitted,

 s/Patrick W. Blegen
**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Defendant Rana's Proposed Jury Questionnaire was served on December 10, 2010, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

**s/ Patrick W. Blegen**
**PATRICK W. BLEGEN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| | ) | |
| TAHAWWUR RANA | ) | |

## COURT'S INSTRUCTIONS REGARDING JURY QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court, thereby substantially shortening the jury selection process.

Your written answers to this questionnaire will be kept confidential. The questionnaires will be reviewed only by the Judge, the attorneys and their staff for each side. Your answers will not be released to the general public.

Respond to each question as fully and accurately as possible. Your complete candor and honesty is necessary so that both sides will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the explanation sheets attached to the back of your questionnaire. If you need to use the explanation sheets, please indicate the number of the question to which your additional information relates.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you, write "N/A" for ("not applicable") rather than leaving the form blank. For example, if you are not married, write "N/A" in the space provided for questions regarding spouses.

As part of the jury selection process, you may be asked follow-up questions in open Court about your answers. If for any reason you are uncomfortable providing an answer to any of the questions asked, please write the word "PRIVATE" in the space for the answer and you will not be questioned in open Court about your answer. You may however be questioned in private by the Judge and attorneys. If you do not understand the question, please write that in the space for the answer. The question will be explained to you later during the selection procedure.

Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth.  You are instructed not to discuss this questionnaire with anyone, including your family and fellow jurors.

## PLEASE PRINT THE FOLLOWING

1.    Juror Name    _____

2.    Number    _____

3.    Age    _____

4.    Where do you live?  Please provide only a general area; for example, Chicago North Side or Western Suburbs _____

5.    How long have you lived there? _____

6.    Have you ever lived in another state or outside the United States? _____

      If so, please tell us where? _____

7.    Have you ever lived in India, Pakistan or Denmark? _____ If so, please tell us

       where?  _____

8.    Do you?  (Check One):       ( ) Own your Home

          ( ) Rent House          ( ) Live with parents or relatives

          ( ) Rent Apartment    ( ) Live with friends

9.    What is your occupation: _____

10.    How long have you had your current job? _____

11.    What was your previous job? _____

12.    How long have you had that job? _____

13.    What is your education level and major area of study? _____

        _____

14.     Have you ever taken courses or do you consider yourself to be knowledgeable in any of
        the following areas:

        ( ) Law             ( ) Political Science

        ( ) Criminology     ( ) Psychiatry/Psychology

        ( ) Sociology       ( ) Computers

        ( ) Religion        ( ) Accounting

15.     What is your marital status?_____

16.     If married, widowed, or divorced, what is or was your spouse's occupation? _____

        _____

17.     Spouse's education level? _____

18.     Spouse's major area of study? _____

19.     Number of children you have? _____

20.     Are you currently attending school?  ( ) Yes   ( ) No If so, where? _____

        _____

21.     Do any children live in your home now?  ( ) Yes  ( ) No

        If yes, number of children and ages of each? _____

        _____

22.     List for each of your children their: (a) Age; (b) City of residence; (c) Grade in school if
        currently a student; and, (d) Occupation and place of employment, if any:

        1. (a) _____ (b) _____ (c) _____

        (d)_____

3

2. (a) _____ (b) _____ (c) _____

   (d)_____

3. (a) _____ (b) _____ (c) _____

   (d)_____

4. (a) _____ (b) _____ (c) _____

   (d)_____

5. (a) _____ (b) _____ (c) _____

   (d)_____

6. (a) _____ (b) _____ (c) _____

   (d)_____

( ) Check here if more children and list the same way on explanation sheet.

23.    List the organization(s) to which you belong and in which you are active. (Organizations such as: church, school, social, political, fraternal, service, professional, business, sports, or recreational, union, etc.)

    1. _____    2. _____

    3. _____    4. _____

    5. _____    6. _____

( ) Check here if more organizations and list on the attached explanation sheet.

24.    Have you held office(s) in any of these organizations?

    ( ) Yes   ( ) No

    If yes, list organization and what office? _____

    _____

25.    If you are married, list organization(s) in which your spouse is active, and any office(s)

    your spouse has held: _____

26.     What are you hobbies, spare time activities, and outside interests?

   1. _____     2. _____

   3. _____     4. _____

   5. _____     6. _____

27.     What  newspaper do you read most often? _____

28.     What other newspaper(s) do you occasionally read? _____

_____

29.     What TV news program(s) do you most often watch?

   1. _____     2. _____

   3. _____     4. _____

30.     How many times per week do you watch the TV news? _____

31.     Do you listen to news radio? _____ How often? _____

        What news radio programs do you listen to? _____

32.     What magazines and periodicals do you read regularly? _____

_____

33.     What types of books do you most enjoy reading? _____

_____

34.     What websites do you visit most often?

   1. _____     2. _____

   3. _____     4. _____

35.     Have you ever been a party to a lawsuit? _____

        If yes, describe type of lawsuit and the outcome. _____

        _____

36.     Have you ever appeared as a witness before a Federal or State Grand Jury (Grand Jury, not Trial Jury? ( ) Yes   ( ) No

        If yes, where and when? _____

37.     Have you ever appeared as a witness in a criminal prosecution? ( ) Yes   ( ) No

        If yes, state what kind of case, where and when? _____

38.     Have you ever served on a Federal or State Grand Jury?
        ( ) Yes     ( ) No

        If yes, where and when? _____

        If yes, were you the foreperson (Foreman)? ( ) Yes  ( )  No

39.     How many times have you served on a <u>civil</u> trial jury? _____

        Were you the foreperson (Foreman)? ( ) Yes  ( )  No

        Did you reach a verdict each time?  ( )  Yes  ( )  No

40.     How many times have you served on a <u>criminal</u> trial jury? _____

        Were you the foreperson (Foreman)? ( ) Yes  ( )  No

        Did you reach a verdict each time?  ( )  Yes   ( )  No

41.     Have you ever served in the military?  ( )  Yes   ( ) No

        If yes, what branch? _____

        If yes, what was your highest rank? _____

        If yes, how long did you serve? _____

        Were you involved in combat?  ( ) Yes   ( ) No

42.     Were you ever in the military police or shore patrol?  ( )  Yes   ( )  No

6

43.     Have you ever been employed by a law enforcement agency? ( ) Yes ( ) No

        What agency? _____

        What were (are) your duties? _____

44.     Do you have a close friend or relative who is now or has ever been employed by a law
        enforcement agency? ( ) Yes  ( ) No

        What agency? _____

45.     Do you know any judges, Assistant State Attorneys, Assistant U.S. Attorneys or criminal
        defense lawyers? ( ) Yes  ( ) No

        If yes, indicate their name and nature of relationship: _____

        _____

46.     Have you ever been the victim of or witness to a crime?  ( ) Yes  ( )  No

        If yes, state what kind of crime and when it occurred (you may ask to discuss this

        privately if you wish): _____

        _____

        _____

47.     Do you have a close friend or relative who has been a victim of or witness to a crime?
        ( ) Yes  ( ) No

        If yes, state what kind of crime and when: _____

        _____

48.     Have you ever been arrested for or accused of a crime? ( ) Yes   ( ) No

        If yes, please indicate: (a) the nature of the offense for which you were arrested or

        charged; and (b) what happened regarding the accusation or charge. _____

        _____

        _____

49.     Have you ever been convicted of a criminal offense other than a traffic offenses.
        ( ) Yes   ( ) No

        If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the case;

        *i.e.*, imprisonment, probation, fine, etc. _____

        _____

        _____

50.     Has a member of your family, or close friend ever been arrested, charged or convicted of
        a criminal offense other than a traffic offense? ( ) Yes  ( ) No

        If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the
        offense; and (c) the disposition of the charge; *i.e.*, imprisonment, probation, fine, etc.

        _____

        _____

51.     Have you ever been questioned as part of a criminal investigation by any federal, state or
        local law enforcement agency? ( ) Yes    ( ) No

        If yes, please explain the circumstances _____

        _____

        _____

52.     Do you have any relatives or friends who are or were elected or appointed public
        officials, including judges? ( ) Yes  ( ) No

8

53.     Have you, a relative, or a close friend ever been employed by the federal government?

        ( ) Yes  ( ) No

        If yes, please describe the person's employment and relationship to you. _____

        _____

54.     Have you, a relative, or a close friend ever worked as a government contractor?

        ( ) Yes  ( ) No

        If yes, please describe the person's employment and relationship to you. _____

        _____

55.     Have you, a relative, or a close friend ever been granted a clearance to view classified
        material from the government?

        ( ) Yes  ( ) No

        If yes, please describe the circumstances of the clearance and the persons's relationship

        to you. _____

        _____

56.     Do you speak or read any languages in addition to English?  ( ) Yes  ( ) No

        If yes, please list the language(s): _____

57.     Do you hold any religious, philosophical, moral or other beliefs that would make it
        difficult for you to sit in judgement of another person?  ( ) Yes  ( ) No

58.     Please name any criminal cases you have followed in the media: _____

        _____

        Why did you follow the case? _____

        _____

9

59.    One of the basic principles of American law is that a person cannot be convicted unless the prosecution proves the charges beyond a reasonable doubt.  How do you feel about this principle of law?

_____

_____

60.    What do you think are the three biggest problems facing Americans today?

1. _____

2. _____

3. _____

61.    Would you give greater weight to testimony of a law enforcement office than you would to the testimony of other witnesses?  ( ) Yes  ( ) No

Please explain:_____

_____

62.    How do you feel about government requests for leniency in sentencing in exchange for a

witness' testimony at trial? _____

_____

63.    In a criminal case, a defendant is not required to testify, and if the defendant does not testify, jurors are not supposed to draw any conclusions from that fact.

a.  How comfortable are you with that? _____

b.  Does the idea that you might not hear from the defendant disturb you? _____

Why? _____

_____

c.  Would you expect a defendant to testify? _____ Why? _____

_____

10

64. Do you believe that non-citizens should be afforded the same constitutional rights as citizens? ( ) Yes  ( ) No

    Please explain:_____

    _____

65. Do you have any physical problems, including eyesight, hearing, back, etc. that might interfere with your service as a juror? ( ) Yes  ( ) No

    If yes, explain: _____

    _____

66. Have you ever traveled to India, Pakistan, or Denmark?  ( ) Yes ( ) No

    If yes, please tell us where and when _____

67. Do you have any relative or close friend who has lived or currently lives in India, Pakistan, or Denmark?  ( ) Yes ( ) No

    If yes, describe the persons relationship to you and where he or she lived _____

    _____

68. What religion, if any, were you raised in? _____

69. What religion, if any, do you currently practice? _____

70. What is your view of the Muslim or Islamic faith? _____

    _____

    _____

71. How did you come to that view? _____

    _____

    _____

11

72.    Is there anything about Islamic teachings or doctrine that is personally offensive to you?

       ( ) Yes ( ) No   If yes, please explain? _____

       _____

73.    Have ever heard of or read about the group Lashkar e Tayyiba?  ( ) Yes ( ) No

       If yes, what have you heard or read? _____

       _____

74.    Have ever heard of or read about the group Jamaat ud-Dawa?  ( ) Yes ( ) No

       If yes, what have you heard or read? _____

       _____

75.    Have ever heard of or read about the group Harakat ul Jihad al Islami?  ( ) Yes ( ) No

       If yes, what have you heard or read? _____

       _____

76.    In what contexts have you had personal contact with people who are Muslims, or of
       Indian or Pakistani descent?  (Please check all answers that apply.)
       ___in the family
       ___in the neighborhood
       ___in organizations
       ___through work/business
       ___in place of worship
       ___in school
       ___none
       ___other: _____

77.    Have you had any experience(s) with Muslims, Pakistanis or Indians that prejudices you
       against them? ( ) Yes   ( ) No

       If yes, please describe your experience(s) and the feelings you have.

       _____

       _____

12

78.     Have you ever followed in the media any criminal cases involving allegations of
        terrorism or support of terrorism?

        If Yes, please list the cases and what was or is of interest to you about these cases.

        _____

        _____

        _____

79.     This case is likely to receive media attention.  The Court wants to make sure that this
        case is decided solely on the evidence presented in the courtroom and not based on
        influences outside the courtroom.  Accordingly, the Court will be instructing you
        periodically that you must avoid reading about the case in the newspaper or on the
        internet or listening to any radio or television reports about the case.  The Court will
        further advise you not to discuss the case with family or friends during the trial or with
        fellow jurors until time for deliberations.  Would these restrictions pose any difficulty for
        you?
        ( ) Yes    ( ) No

80.     What, if anything have you seen, read or heard about the following people facing charges
        in this case?

a.      David Coleman Headley

        _____

        _____

        _____

b.      Abdur Rehman Hashim Syed aka "Pasha"

        _____

        _____

        _____

13

c.      Ilyas Kashmiri

_____

_____

_____


d.      Tahawwur Rana

_____

_____

_____


81.     Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case.

_____

_____

_____


Would these feelings make it difficult for you to sit as a fair and impartial juror in this type of case? ( ) Yes    ( ) No

If Yes, please explain:

_____

_____

_____

14

82.     The U.S. Government is represented in this case by U.S. Attorney Patrick Fitzgerald, though other lawyers may be presenting the prosecution's case.
        Do you or anyone close to you know or have any connection with Mr. Fitzgerald?
        ( ) Yes    ( ) No

        If Yes, please explain:

        _____

        _____

        _____

83.     Do you or anyone close to you know or have any connection with any of the persons below who will be seated at the counsel table for the U.S. Government? (Please check name and indicated the connection in the space below)

        ___Assistant U.S. Attorney Daniel Collins
        ___Assistant U.S. Attorney Vicki Peters
        ___Assistant U.S. Attorney Sarah Streicker

        _____

        _____

84.     Do you or anyone close to you know or have any connection with any of the defense counsel?  (Please check name and indicated the connection in the space below)

        ___Patrick Blegen
        ___Charles Swift
        ___Daniel Rufo

        _____

        _____

85.     The judge who will preside over this case is The Honorable Harry D. Leinenweber of the United States District Court for the Northern District of Illinois.  Do you or anyone close to you know or have any connection with Judge Leinenweber or any of his staff?

        ( ) Yes    ( ) No    If Yes, please explain:

        _____

        _____

86.   Have you or any family members or close friends had any person experience(s) with acts of terrorism?  If Yes, please explain who (relation to you) and circumstances:

_____

_____

_____

87.   Please tell us if the fact that the government is charging the defendant with support of terrorism makes it more probable that you begin the case thinking that the defendant is guilty. ( ) Yes   ( ) No

      If Yes, please explain:

_____

_____

_____

88.   Is there any reason you could not be completely fair to the defendant in this case?
      ( ) Yes    ( ) No

89.   Is there any reason you could not be completely fair in evaluating the U.S. government's case? ( ) Yes    ( ) No

90.   Is there any matter not covered by this questionnaire that you think is important to bring to the attention of the Court?    ( ) Yes    ( ) No    If Yes, please explain:

_____

_____

_____

91.   Were there any questions you did not understand?  ( )  Yes   ( )  No

      If yes, which questions? _____

16

92.     Is there anything which you feel should be brought to the court's attention that might affect your ability to be as fair and impartial a juror as you would like to be or any reason why you may not want to serve as a juror in this case?

_____

_____

_____

93.     Is there any matter you would prefer to discuss privately with the court?  ( )  Yes   ( )  No


I DO HEREBY DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF ALL OF THE ANSWERS HEREIN GIVEN ARE TRUE AND CORRECT.

(Date)_____(Signature)_____

17

**EXPLANATION SHEET**

**EXPLANATION SHEET**