**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, | ) | |
| (TAHAWWUR RANA) | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED PROPOSED JURY QUESTIONNAIRE**[1]

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W. BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY** and **DANIEL A. RUFO,** respectfully submits the attached Agreed Proposed Jury Questionnaire.

The government has requested that the following questions, which were part of the initial proposed questionnaire, be asked in open court:

1. One of the basic principles of American law is that a person cannot be convicted unless the prosecution proves the charges beyond a reasonable doubt. How do you feel about this principle of law?

2. What do you think are the three biggest problems facing Americans today?

3. How do you feel about government requests for leniency in sentencing in exchange for a witness' testimony at trial?

4. What is your view of the Muslim or Islamic faith?

    How did you come to that view?

5. Is there anything about Islamic teachings or doctrine that is personally offensive to you?

    If yes, please explain.

---

[1]The Jury Questionnaire attached hereto has incorporated changes suggested by the government. The government may have additional objections and/or amendments pending further review.

6. This case may receive media attention. The Court wants to make sure that this case is decided solely on the evidence presented in the courtroom and not based on information or influences from outside the courtroom. Accordingly, the Court will be instructing you periodically that you must avoid reading about the case in the newspaper or on the internet or listening to any radio or television reports about the case. The Court will further advise you not to discuss the case with family or friends during the trial or with fellow jurors until time for deliberations. Would these restrictions pose any difficulty for you?

7. What, if anything have you seen, read or heard about the following people facing charges in this case?

> David Coleman Headley?
> Abdur Rehman Hashim Syed aka "Pasha"?
> Ilyas Kashmiri?
> Tahawwur Rana?

8. Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case.

> Would these feelings make it difficult for you to sit as a fair and impartial juror in this type of case?
>
> If Yes, please explain.

9. Please tell us if the fact that the government is charging the defendant with support of terrorism makes it more probable that you begin the case thinking that the defendant is guilty.

> If Yes, please explain.

10. Is there any reason you could not be completely fair to the defendant in this case?

11. Is there any reason you could not be completely fair in evaluating the U.S. government's case?

          Respectfully submitted,

          s/Patrick W. Blegen
          **PATRICK W. BLEGEN**, One of the
          Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Agreed Jury Questionnaire was served on December 21, 2010, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      **s/ Patrick W. Blegen**
**PATRICK W. BLEGEN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

═══════════════════════════════════════════════════════════════════════

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| | ) | |
| TAHAWWUR RANA | ) | |

═══════════════════════════════════════════════════════════════════════

## COURT'S INSTRUCTIONS REGARDING JURY QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court, thereby substantially shortening the jury selection process.

Your written answers to this questionnaire will be kept confidential. The questionnaires will be reviewed only by the Judge, the attorneys and their staff for each side. Your answers will not be released to the general public.

Respond to each question as fully and accurately as possible. Your complete candor and honesty is necessary so that both sides will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the explanation sheets attached to the back of your questionnaire. If you need to use the explanation sheets, please indicate the number of the question to which your additional information relates.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you, write "N/A" for ("not applicable") rather than leaving the form blank. For example, if you are not married, write "N/A" in the space provided for questions regarding spouses.

As part of the jury selection process, you may be asked follow-up questions in open Court about your answers. If for any reason you are uncomfortable providing an answer to any of the questions asked, please write the word "PRIVATE" in the space for the answer and you will not be questioned in open Court about your answer. You may however be questioned in private by the Judge and attorneys. If you do not understand the question, please write that in the space for the answer. The question will be explained to you later during the selection procedure.

      So that you have some background regarding the trial for which you may serve as a juror, I will provide a brief overview of the charges in this case.  Please keep in mind that the charges are only allegations, not proof, and that the defendant has denied that he is guilty.  No part of this overview should be taken by you as the Court's opinion regarding the evidence; it is merely an explanation of the charges.

      Defendant Tahawwur Rana is charged with three counts of conspiracy to provide material support to terrorists and designated terrorist organizations.  The first count alleges that Mr. Rana conspired to provide material support regarding attacks that took place in Mumbai, India beginning on November 26, 2008.  Mr. Rana's support was allegedly provided to a group called Lashkar e Tayyiba.

      The second count alleges that Mr. Rana conspired to proved material support related to a plot to attack the office of the Jyllands Posten, a newspaper in Denmark, in retaliation for the publishing of cartoons related to Islam and the prophet Mohammed.  Mr. Rana's support was allegedly provided to a group called Harakat ul Jihad al Islami.

      The third count alleges that Mr. Rana provided material support to Lashkar e Tayyiba, an organization designated by the United States Secretary of State as a foreign terrorist organization.

      Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth.  You are instructed not to discuss this questionnaire with anyone, including your family and fellow jurors.

**PLEASE PRINT THE FOLLOWING**

1. Juror Name _____

2. Number _____

3. Age _____

4. Where do you live?  Please provide only a general area; for example, Chicago North Side

    or Western Suburbs _____

5. How long have you lived there? _____

6. Have you ever lived in another state or outside the United States? _____

    If so, please tell us where? _____

7. Have you ever lived in India, Pakistan or Denmark? _____ If so, please tell us where? _____

8. Do you? (Check One):  ( ) Own your Home

    ( ) Rent House        ( ) Live with parents or relatives

    ( ) Rent Apartment    ( ) Live with friends

9. What is your occupation: _____

10. How long have you had your current job? _____

11. What was your previous job? _____

12. How long have you had that job? _____

13. What is your education level and major area of study? _____

14. Have you ever taken courses or do you consider yourself to be knowledgeable in any of the following areas:

    ( ) Law            ( ) Political Science

    ( ) Criminology    ( ) Psychiatry/Psychology

    ( ) Sociology      ( ) Computers

    ( ) Religion       ( ) Accounting

15. What is your marital status? _____

16. If married, widowed, or divorced, what is or was your spouse's occupation? _____

17. Spouse's education level? _____

18. Spouse's major area of study? _____

19. Number of children you have? _____

20. Are you currently attending school? ( ) Yes   ( ) No If so, where? _____
    _____

21. Do any children live in your home now? ( ) Yes   ( ) No

    If yes, number of children and ages of each? _____
    _____

22. List for each of your children their: (a) Age; (b) City of residence; (c) Grade in school if currently a student; and, (d) Occupation and place of employment, if any:

    1. (a) _____ (b) _____ (c) _____

       (d)_____

    2. (a) _____ (b) _____ (c) _____

       (d)_____

    3. (a) _____ (b) _____ (c) _____

       (d)_____

    4. (a) _____ (b) _____ (c) _____

       (d)_____

    5. (a) _____ (b) _____ (c) _____

       (d)_____

    6. (a) _____ (b) _____ (c) _____

       (d)_____

    ( ) Check here if more children and list the same way on explanation sheet.

23. List the organization(s) to which you belong and in which you are active. (Organizations such as: church, school, social, political, fraternal, service, professional, business, sports, or recreational, union, etc.)

    1. _____  2. _____

    3. _____  4. _____

    5. _____  6. _____

    ( ) Check here if more organizations and list on the attached explanation sheet.

24. Have you held office(s) in any of these organizations?

    ( ) Yes    ( ) No

    If yes, list organization and what office? _____

    _____

25. If you are married, list organization(s) in which your spouse is active, and any office(s)

    your spouse has held: _____

26. What are you hobbies, spare time activities, and outside interests?

    1. _____  2. _____

    3. _____  4. _____

    5. _____  6. _____

27. What  newspaper do you read most often? _____

28. What other newspaper(s) do you occasionally read? _____

    _____

29. What TV news program(s) do you most often watch?

   1. _____   2. _____

   3. _____   4. _____

30. How many times per week do you watch the TV news? _____

31. Do you listen to news radio? _____ How often? _____

   What news radio programs do you listen to? _____

32. What magazines and periodicals do you read regularly? _____

   _____

33. What types of books do you most enjoy reading? _____

   _____

34. What websites do you visit most often?

   1. _____   2. _____

   3. _____   4. _____

35. Have you ever been a party to a lawsuit? _____

   If yes, describe type of lawsuit and the outcome. _____

   _____

36. Have you ever appeared as a witness before a Federal or State Grand Jury (Grand Jury, not Trial Jury? ( ) Yes  ( ) No

   If yes, where and when? _____

37. Have you ever appeared as a witness in a criminal prosecution? ( ) Yes  ( ) No

   If yes, state what kind of case, where and when? _____

38. Have you ever served on a Federal or State Grand Jury?
    ( ) Yes    ( ) No

    If yes, where and when? _____

    If yes, were you the foreperson (Foreman)? ( ) Yes  ( ) No

39. How many times have you served on a <u>civil</u> trial jury? _____

    Were you the foreperson (Foreman)? ( ) Yes  ( ) No

    Did you reach a verdict each time?  ( ) Yes  ( ) No

40. How many times have you served on a <u>criminal</u> trial jury? _____

    Were you the foreperson (Foreman)? ( ) Yes  ( ) No

    Did you reach a verdict each time?  ( ) Yes  ( ) No

41. Have you ever served in the military? ( ) Yes  ( ) No

    If yes, what branch? _____

    If yes, what was your highest rank? _____

    If yes, how long did you serve? _____

    Were you involved in combat?  ( ) Yes  ( ) No

42. Were you ever in the military police or shore patrol?  ( ) Yes  ( ) No

43. Have you ever been employed by a law enforcement agency? ( ) Yes ( ) No

    What agency? _____

    What were (are) your duties? _____

44. Do you have a close friend or relative who is now or has ever been employed by a law enforcement agency? ( ) Yes  ( ) No

    What agency? _____

8

45. Do you know any judges, Assistant State Attorneys, Assistant U.S. Attorneys or criminal defense lawyers? ( ) Yes ( ) No

    If yes, indicate their name and nature of relationship: _____

    _____

46. Have you ever been the victim of or witness to a crime? ( ) Yes ( ) No

    If yes, state what kind of crime and when it occurred (you may ask to discuss this privately if you wish): _____

    _____

47. Do you have a close friend or relative who has been a victim of or witness to a crime? ( ) Yes ( ) No

    If yes, state what kind of crime and when: _____

    _____

48. Have you ever been arrested for or accused of a crime? ( ) Yes ( ) No

    If yes, please indicate: (a) the nature of the offense for which you were arrested or charged; and (b) what happened regarding the accusation or charge. _____

    _____

    _____

49. Have you ever been convicted of a criminal offense other than a traffic offenses. ( ) Yes ( ) No

    If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the case; *i.e.*, imprisonment, probation, fine, etc. _____

    _____

    _____

9

50. Has a member of your family, or close friend ever been arrested, charged or convicted of a criminal offense other than a traffic offense? ( ) Yes  ( ) No

    If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and (c) the disposition of the charge; *i.e.*, imprisonment, probation, fine, etc.

    _____

    _____

51. Have you ever been questioned as part of a criminal investigation by any federal, state or local law enforcement agency? ( ) Yes   ( ) No

    If yes, please explain the circumstances _____

    _____

52. Do you have any relatives or friends who are or were elected or appointed public officials, including judges? ( ) Yes  ( ) No

53. Have you, a relative, or a close friend ever been employed by the federal government?

    ( ) Yes  ( ) No

    If yes, please describe the person's employment and relationship to you. _____

    _____

54. Have you, a relative, or a close friend ever worked as a government contractor?

    ( ) Yes  ( ) No

    If yes, please describe the person's employment and relationship to you. _____

    _____

55. Have you, a relative, or a close friend ever been granted a clearance to view classified material from the government?
( ) Yes  ( ) No

If yes, please describe the circumstances of the clearance and the persons's relationship to you. _____

_____

56. Do you speak or read any languages in addition to English?  ( ) Yes  ( ) No

If yes, please list the language(s): _____

57. Do you hold any religious, philosophical, moral or other beliefs that would make it difficult for you to sit in judgement of another person?  ( ) Yes  ( ) No

58. Please name any criminal cases you have followed in the media: _____

_____

Why did you follow the case? _____

_____

59. Would you give greater weight to testimony of a law enforcement office than you would to the testimony of other witnesses?  ( ) Yes  ( ) No

Please explain: _____

_____

60. Would you have difficulty following an instruction from the Court that you must treat testimony from a law enforcement officer the same as you would treat any other witness?
( ) Yes ( ) No

11

61. In a criminal case, a defendant is not required to testify, and if the defendant does not testify, jurors are not supposed to draw any conclusions from that fact.

    a. How comfortable are you with that? _____

    b. Does the idea that you might not hear from the defendant disturb you? _____

    Why? _____

    _____

    c. Would you expect a defendant to testify? _____ Why? _____

    _____

62. Do you believe that non-citizens should be afforded the same constitutional rights as citizens? ( ) Yes ( ) No

    Please explain: _____

    _____

63. Do you have any physical problems, including eyesight, hearing, back, etc. that might interfere with your service as a juror? ( ) Yes ( ) No

    If yes, explain: _____

    _____

64. Have you ever traveled to India, Pakistan, or Denmark? ( ) Yes ( ) No

    If yes, please tell us where and when _____

65. Do you have any relative or close friend who has lived or currently lives in India, Pakistan, or Denmark? ( ) Yes ( ) No

    If yes, describe the persons relationship to you and where he or she lived _____

    _____

66. What religion, if any, were you raised in? _____

67. What religion, if any, do you currently practice? _____

12

68. Have ever heard of or read about the group Lashkar e Tayyiba? ( ) Yes ( ) No

    If yes, what have you heard or read? _____
    _____

69. Have ever heard of or read about the group Jamaat ud-Dawa? ( ) Yes ( ) No

    If yes, what have you heard or read? _____
    _____

70. Have ever heard of or read about the group Harakat ul Jihad al Islami? ( ) Yes ( ) No

    If yes, what have you heard or read? _____
    _____

71. In what contexts have you had personal contact with people who are Muslims, or of Indian or Pakistani descent? (Please check all answers that apply.)
    ___in the family
    ___in the neighborhood
    ___in organizations
    ___through work/business
    ___in place of worship
    ___in school
    ___none
    ___other: _____

72. Have you had any experience(s) with Muslims, Pakistanis or Indians that prejudices you against them? ( ) Yes   ( ) No

    If yes, please describe your experience(s) and the feelings you have.
    _____
    _____

13

73. Have you ever followed in the media any criminal cases involving allegations of terrorism or support of terrorism?

    If Yes, please list the cases and what was or is of interest to you about these cases.

    _____

    _____

    _____

74. The U.S. Government is represented in this case by U.S. Attorney Patrick Fitzgerald, though other lawyers may be presenting the prosecution's case.
    Do you or anyone close to you know or have any connection with Mr. Fitzgerald?
    ( ) Yes    ( ) No

    If Yes, please explain:

    _____

    _____

    _____

75. Do you or anyone close to you know or have any connection with any of the persons below who will be seated at the counsel table for the U.S. Government? (Please check name and indicated the connection in the space below)

    ___Assistant U.S. Attorney Daniel Collins
    ___Assistant U.S. Attorney Vicki Peters
    ___Assistant U.S. Attorney Sarah Streicker

    _____

    _____

14

76. Do you or anyone close to you know or have any connection with any of the defense counsel? (Please check name and indicated the connection in the space below)

    ___Patrick Blegen
    ___Charles Swift
    ___Daniel Rufo

    _____

    _____

77. The judge who will preside over this case is The Honorable Harry D. Leinenweber of the United States District Court for the Northern District of Illinois. Do you or anyone close to you know or have any connection with Judge Leinenweber or any of his staff?

    ( ) Yes  ( ) No  If Yes, please explain:

    _____

    _____

78. Have you or any family members or close friends had any person experience(s) with acts of terrorism? If Yes, please explain who (relation to you) and circumstances:

    _____

    _____

    _____

79. Is there any matter not covered by this questionnaire that you think is important to bring to the attention of the Court?  ( ) Yes  ( ) No  If Yes, please explain:

    _____

    _____

    _____

80. Were there any questions you did not understand? ( ) Yes  ( ) No

    If yes, which questions? _____

15

81. Is there anything which you feel should be brought to the court's attention that might affect your ability to be as fair and impartial a juror as you would like to be or any reason why you may not want to serve as a juror in this case?

　　_____

　　_____

　　_____

82. Is there any matter you would prefer to discuss privately with the court? ( ) Yes ( ) No

I DO HEREBY DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF ALL OF THE ANSWERS HEREIN GIVEN ARE TRUE AND CORRECT.

(Date)_____(Signature)_____

**EXPLANATION SHEET**

**EXPLANATION SHEET**