UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  09 CR 830 |
| | ) | |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| TAHAWWUR HUSSAIN RANA | ) | |

### AGREED MOTION TO AMEND THE PROTECTIVE ORDER
### GOVERNING SENSITIVE DISCOVERY MATERIAL

The United States of America, by and through its attorney, Patrick J. Fitzgerald, United

States Attorney for the Northern District of Illinois, respectfully submits this Agreed Motion to

Amend the Protective Order Governing Sensitive Discovery Material.  For the reasons set forth

herein, the parties respectfully request that the Court enter the proposed amended Order.

1.      In November 2009, the parties presented to Magistrate Judge Nan Nolan an agreed

Order protecting sensitive, but unclassified, discovery materials exchanged during this court

proceeding (hereinafter, the "Order," attached to this Agreed Motion as Exhibit A).[1]  The parties

continue to be bound by this Order.

2.      The Order includes a provision applicable to the dissemination of sensitive material

to witnesses and potential witnesses, which states:

> It is expressly understood that counsel for the defendant or co-counsel may not
> disseminate any of such sensitive discovery materials to witnesses or potential witnesses.
> The defendant may seek relief from these provisions as to a particular item or items of
> discovery by providing notice to the Court of intent to disseminate particular identified
> item(s) to a witness and the purpose in doing so.  The Notice shall be under seal.  No

---

[1]A separate protective order governing classified material was entered by this Court on
April 23, 2010.  *See* Docket No. 83.

1

disclosure of the item(s) to the witness(es) shall be made until the Court so permits. The Court, after notifying the defense, may consult with the Government regarding any dissemination requests pursuant to this paragraph.

The defendant has requested that this provision be revised to state as follows:

It is expressly understood that counsel for the defendant or co-counsel may not provide originals or copies of sensitive discovery materials to witnesses or potential witnesses. Counsel or co-counsel may show sensitive discovery materials to witnesses or potential witnesses in counsel or co-counsel's office, or may summarize sensitive discovery materials for a witness or potential witness, if it is determined that it is necessary to do so for purposes of preparing the defense to this case.

3.      The government has no objection to the change requested by the defendant. Thus, attached to this Agreed Motion as Exhibit B is a proposed Amended Order reflecting the agreed revision.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter the proposed Amended Order.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Daniel J. Collins
DANIEL J. COLLINS
VICTORIA J. PETERS
SARAH E. STREICKER
Assistant United States Attorney
219 South Dearborn Street,5th Floor
Chicago, Illinois 60604
(312) 886-3482

2