**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, | ) | |
| (TAHAWWUR HUSSAIN RANA), | ) | **UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF A PUBLIC-AUTHORITY DEFENSE**[1]

Defendant, **TAHAWWUR RANA,** by his attorneys, **PATRICK W. BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY**, and **DANIEL A. RUFO,** pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure hereby notifies the government of his intent to claim a defense of actual or believed exercise of public authority on behalf of a law enforcement or federal intelligence agency.

Pursuant to Rule 12(a)(2)(A),(B)&(C) Defendant identifies the agency, agents, and time period as follows:

(A) The government of Pakistan and Pakistan's Inter-Services Intelligence Agency (ISI);[2]

(B) ISI officer Major Iqbal and other unknown ISI officers;

(C) From in or about 2006 or 2007 until October 18, 2010.

---

[1] As this notice arguably identifies a "federal intelligence agency" as the source of public authority, it is filed under seal pursuant to Rule 12.3(a)(1).

[2] Federal Rule of Criminal Procedure 12.3 defines public authority as acting under the authority of a "law enforcement agency or federal intelligence agency." Admittedly, the Pakistani Inter-Services Intelligence Agency is not a United States law enforcement or intelligence agency and thus would not fall within a narrow reading of the definition. However, the original committee note to rule 12.3 indicates that the phrase "'[l]aw enforcement agency' is worded broadly to cover any agency whose authority the defendant claims to have been exercising - - federal, state, local, international, or *foreign*." *United States v. Jackson*, 1998 WL 149586, (N.D. Ill. 1998), *citing Moore's Federal Practice* § 612.3App.01 (3d ed.1997), *quoting* Original Committee Note to Rule 12.3 (emphasis added).

The investigation into this issue continues and the defense would reserve the right to update this disclosure with additional information when it becomes available.

Respectfully submitted,

s/Patrick W. Blegen
**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant, Tahawwur Rana

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100