**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, | ) | |
| (TAHAWWUR RANA) | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED PROPOSED JURY QUESTIONNAIRE**[1]

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W.**

**BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY** and **DANIEL A. RUFO,** respectfully

submits the attached Agreed Proposed Jury Questionnaire.

The government has requested that the following questions, which were part of the initial

proposed questionnaire, be asked in open court:

1. One of the basic principles of American law is that a person cannot be convicted unless the prosecution proves the charges beyond a reasonable doubt. How do you feel about this principle of law?

2. What do you think are the three biggest problems facing Americans today?

3. What is your view of the Muslim or Islamic faith?

    How did you come to that view?

4. Is there anything about Islamic teachings or doctrine that is personally offensive to you?

    If yes, please explain.

5. This case may receive media attention. The Court wants to make sure that this case is decided solely on the evidence presented in the courtroom and not based on information or influences from outside the courtroom. Accordingly, the Court will be instructing you periodically that you must avoid reading about the case in the newspaper or on the internet or listening to any radio or television reports about the case. The Court will further advise you not to discuss the case with family or friends during the trial or with

---

[1]The Jury Questionnaire attached hereto has incorporated deletions requested by the Court and changes suggested by the government and has removed a question regarding juror names.

fellow jurors until time for deliberations. Would these restrictions pose any difficulty for you?

6.     What, if anything have you seen, read or heard about the following people facing charges in this case?

> David Coleman Headley?
> Abdur Rehman Hashim Syed aka "Pasha"?
> Ilyas Kashmiri?
> Tahawwur Rana?
> Sajid Mir aka Sajid Majeed?

7.     Based on what you have seen, read or heard, please tell us what feelings or opinions you may have formed about this case.

> Would these feelings make it difficult for you to sit as a fair and impartial juror in this type of case?

> If Yes, please explain.

8.     Please tell us if the fact that the government is charging the defendant with support of terrorism makes it more probable that you begin the case thinking that the defendant is guilty.

> If Yes, please explain.

9.     Is there any reason you could not be completely fair to the defendant in this case?

10.    Is there any reason you could not be completely fair in evaluating the U.S. government's case?

Respectfully submitted,

 s/Patrick W. Blegen
**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Agreed Jury Questionnaire was served on March 14, 2011, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Patrick W. Blegen
**PATRICK W. BLEGEN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-4 |
| | ) | Judge Harry D. Leinenweber |
| | ) | |
| TAHAWWUR RANA | ) | |

**COURT'S INSTRUCTIONS REGARDING JURY QUESTIONNAIRE**

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court, thereby substantially shortening the jury selection process.

Because of the amount of press attention that this case is expected to generate, your personal information, such as your name and where you live will not be released to the public. Your written answers to this questionnaire will be also be kept confidential. The questionnaires will be reviewed only by the Judge, the attorneys and their staff for each side. Your answers will not be released to the general public.

Respond to each question as fully and accurately as possible. Your complete candor and honesty is necessary so that both sides will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the explanation sheets attached to the back of your questionnaire. If you need to use the explanation sheets, please indicate the number of the question to which your additional information relates.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you, write "N/A" for ("not applicable") rather than leaving the form blank. For example, if you are not married, write "N/A" in the space provided for questions regarding spouses.

As part of the jury selection process, you may be asked follow-up questions in open Court about your answers. If for any reason you are uncomfortable providing an answer to any of the questions asked, please write the word "PRIVATE" in the space for the answer and you will not be questioned in open Court about your answer. You may however be questioned in private by the Judge and attorneys. If you do not understand the question, please write that in the

space for the answer.  The question will be explained to you later during the selection procedure.

So that you have some background regarding the trial for which you may serve as a juror, I will provide a brief overview of the charges in this case.  Please keep in mind that the charges are only allegations, not proof, and that the defendant has denied that he is guilty.  No part of this overview should be taken by you as the Court's opinion regarding the evidence; it is merely an explanation of the charges.

Defendant Tahawwur Rana is charged with three counts of conspiracy to provide material support to terrorists and designated terrorist organizations.  The first count alleges that Mr. Rana conspired to provide material support regarding attacks that took place in Mumbai, India beginning on November 26, 2008.  Mr. Rana's support was allegedly provided to a group called Lashkar e Tayyiba.

The second count alleges that Mr. Rana conspired to provide material support to a conspiracy to attack the office of the Jyllands Posten, a newspaper in Denmark, in retaliation for the publishing of cartoons related to Islam and the prophet Mohammed.

The third count alleges that Mr. Rana provided material support to Lashkar e Tayyiba, an organization designated by the United States Secretary of State as a foreign terrorist organization.

Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth.  You are instructed not to discuss this questionnaire with anyone, including your family and fellow jurors.

## PLEASE PRINT THE FOLLOWING

1.	Juror Number _____

2.	Age _____

3.	Where do you live?  Please provide only a general area; for example, Chicago North Side

	or Western Suburbs _____

4.	How long have you lived there? _____

5.	Have you ever lived in India, Pakistan or Denmark? _____ If so, please tell us

	where? _____

6.	What is your occupation: _____

3

7.  How long have you had your current job? _____

8.  What is your education level and major area of study? _____

    _____

9.  Have you ever taken courses or do you consider yourself to be knowledgeable in any of the following areas:

    ( )  Law              ( ) Political Science

    ( )  Criminology      ( ) Psychiatry/Psychology

    ( )  Sociology        ( ) Computers

    ( ) Religion          ( ) Accounting

10. What is your marital status? _____

11. If married, widowed, or divorced, what is or was your spouse's occupation? _____

    _____

12. List for each of your children their: (a) Age; (b) City of residence; (c) Grade in school if currently a student; and, (d) Occupation and place of employment, if any:

    1. (a) _____ (b) _____ (c) _____

       (d) _____

    2. (a) _____ (b) _____ (c) _____

       (d) _____

    3. (a) _____ (b) _____ (c) _____

       (d) _____

    4. (a) _____ (b) _____ (c) _____

       (d) _____

    5. (a) _____ (b) _____ (c) _____

(d)_____

6. (a) _____ (b) _____ (c) _____

(d)_____

( ) Check here if more children and list the same way on explanation sheet.

13.    List the organization(s) to which you belong and in which you are active. (Organizations such as: church, school, social, political, fraternal, service, professional, business, sports, or recreational, union, etc.)

1. _____    2. _____

3. _____    4. _____

5. _____    6. _____

( ) Check here if more organizations and list on the attached explanation sheet.

14.    What are you hobbies, spare time activities, and outside interests?

1. _____    2. _____

3. _____    4. _____

5. _____    6. _____

15.    What  newspaper do you read most often? _____

16.    What TV news program(s) do you most often watch?

1. _____    2. _____

3. _____    4. _____

17.    Do you listen to news radio? _____ How often? _____

What news radio programs do you listen to? _____

5

18.      What magazines and periodicals do you read regularly? _____

_____

19.      What types of books do you most enjoy reading? _____

_____

20.      What websites do you visit most often?

1. _____    2. _____

3. _____    4. _____

21.      Have you ever been a party to a lawsuit? _____

If yes, describe type of lawsuit and the outcome. _____

_____

22.      Have you ever appeared as a witness before a Federal or State Grand Jury (Grand Jury, not Trial Jury? ( ) Yes  ( ) No

If yes, where and when? _____

23.      Have you ever appeared as a witness in a criminal prosecution? ( ) Yes  ( ) No

If yes, state what kind of case, where and when? _____

24.      Have you ever served on a Federal or State Grand Jury?
( ) Yes    ( ) No

If yes, where and when? _____

If yes, were you the foreperson (Foreman)? ( ) Yes  ( ) No

25.      How many times have you served on a <u>civil</u> trial jury? _____

Were you the foreperson (Foreman)? ( ) Yes  ( ) No

Did you reach a verdict each time? ( ) Yes  ( ) No

26. How many times have you served on a criminal trial jury? _____

    Were you the foreperson (Foreman)? ( ) Yes  ( ) No

    Did you reach a verdict each time? ( ) Yes  ( ) No

27. Have you ever served in the military? ( ) Yes  ( ) No

    If yes, what branch? _____

    If yes, what was your highest rank? _____

    If yes, how long did you serve? _____

    Were you involved in combat? ( ) Yes  ( ) No

28. Were you ever in the military police or shore patrol? ( ) Yes  ( ) No

29. Have you ever been employed by a law enforcement agency? ( ) Yes ( ) No

    What agency? _____

    What were (are) your duties? _____

30. Do you have a close friend or relative who is now or has ever been employed by a law enforcement agency? ( ) Yes  ( ) No

    What agency? _____

31. Do you know any judges, Assistant State Attorneys, Assistant U.S. Attorneys or criminal defense lawyers? ( ) Yes ( ) No

    If yes, indicate their name and nature of relationship: _____

    _____

32. Have you ever been the victim of or witness to a crime? ( ) Yes ( ) No

    If yes, state what kind of crime and when it occurred (you may ask to discuss this

    privately if you wish): _____

    _____

7

33.  Do you have a close friend or relative who has been a victim of or witness to a crime?
( ) Yes  ( ) No

If yes, state what kind of crime and when: _____

_____

34.  Have you ever been arrested for or accused of a crime?  ( ) Yes  ( ) No

If yes, please indicate: (a) the nature of the offense for which you were arrested or

charged; and (b) what happened regarding the accusation or charge. _____

_____

_____

35.  Have you ever been convicted of a criminal offense other than a traffic offenses.
( ) Yes   ( ) No

If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the case;

*i.e.*, imprisonment, probation, fine, etc. _____

_____

_____

36.  Has a member of your family, or close friend ever been arrested, charged or convicted of
a criminal offense other than a traffic offense?  ( ) Yes  ( ) No

If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the
offense; and (c) the disposition of the charge; *i.e.*, imprisonment, probation, fine, etc.

_____

_____

8

37.    Have you ever been questioned as part of a criminal investigation by any federal, state or local law enforcement agency? ( ) Yes    ( ) No

       If yes, please explain the circumstances _____

       _____

38.    Have you, a relative, or a close friend ever been employed by the federal government?

       ( ) Yes  ( ) No

       If yes, please describe the person's employment and relationship to you. _____

       _____

39.    Do you speak or read any languages in addition to English?  ( ) Yes  ( ) No

       If yes, please list the language(s): _____

40.    Do you hold any religious, philosophical, moral or other beliefs that would make it difficult for you to sit in judgement of another person? ( ) Yes  ( ) No

41.    Please name any criminal cases you have followed in the media: _____

       _____

       Why did you follow the case? _____

       _____

42.    Would you give greater weight to testimony of a law enforcement office than you would to the testimony of other witnesses? ( ) Yes  ( ) No

       Please explain:_____

       _____

43.    Would you have difficulty following an instruction from the Court that you must treat testimony from a law enforcement officer the same as you would treat any other witness?

       ( ) Yes ( ) No

9

44. Would you have difficulty following an instruction from the Court that a defendant is not required to testify, and if the defendant does not testify, jurors are not permitted to draw any conclusions from that fact? ( ) Yes ( ) No

45. Do you believe that non-citizens should be afforded the same constitutional rights as citizens? ( ) Yes ( ) No

    Please explain: _____

    _____

46. Do you have any physical problems, including eyesight, hearing, back, etc. that might interfere with your service as a juror? ( ) Yes ( ) No

    If yes, explain: _____

    _____

47. Have you ever traveled to India, Pakistan, or Denmark? ( ) Yes ( ) No

    If yes, please tell us where and when _____

48. Do you have any relative or close friend who has lived or currently lives in India, Pakistan, or Denmark? ( ) Yes ( ) No

    If yes, describe the persons relationship to you and where he or she lived _____

    _____

49. What religion, if any, were you raised in? _____

50. What religion, if any, do you currently practice? _____

51. Have you ever heard of or read about the group Lashkar e Tayyiba? ( ) Yes ( ) No

    If yes, what have you heard or read? _____

    _____

52.   Have you ever heard of or read about the group Jamaat ud-Dawa?  ( ) Yes ( ) No

   If yes, what have you heard or read? _____

   _____

53.   Have you ever heard of or read about the group Harakat ul Jihad al Islami?  ( ) Yes ( ) No

   If yes, what have you heard or read? _____

   _____

54.   In what contexts have you had personal contact with people who are Muslims, or of
      Indian or Pakistani descent?  (Please check all answers that apply.)
      ___in the family
      ___in the neighborhood
      ___in organizations
      ___through work/business
      ___in place of worship
      ___in school
      ___none
      ___other: _____

55.   Have you had any experience(s) with Muslims, Pakistanis or Indians that prejudices you
      against them? ( ) Yes   ( ) No

   If yes, please describe your experience(s) and the feelings you have.

   _____

   _____

56.   Have you ever followed in the media any criminal cases involving allegations of
      terrorism or support of terrorism?

   If Yes, please list the cases and what was or is of interest to you about these cases.

   _____

   _____

   _____

57. The U.S. Government is represented in this case by U.S. Attorney Patrick Fitzgerald, though other lawyers may be presenting the prosecution's case.
Do you or anyone close to you know or have any connection with Mr. Fitzgerald?

( ) Yes ( ) No

If Yes, please explain:

_____

_____

_____

58. Do you or anyone close to you know or have any connection with any of the persons below who will be seated at the counsel table for the U.S. Government? (Please check name and indicated the connection in the space below)

___Assistant U.S. Attorney Daniel Collins
___Assistant U.S. Attorney Vicki Peters
___Assistant U.S. Attorney Sarah Streicker

_____

_____

59. Do you or anyone close to you know or have any connection with any of the defense counsel? (Please check name and indicated the connection in the space below)

___Patrick Blegen
___Charles Swift
___Daniel Rufo

_____

_____

12

60. The judge who will preside over this case is The Honorable Harry D. Leinenweber of the United States District Court for the Northern District of Illinois. Do you or anyone close to you know or have any connection with Judge Leinenweber or any of his staff?

( ) Yes ( ) No If Yes, please explain:

61. Have you or any family members or close friends had any personal experience(s) with acts of terrorism? If Yes, please explain who (relation to you) and circumstances:

62. Were there any questions you did not understand? ( ) Yes ( ) No

If yes, which questions?

63. Is there anything which you feel should be brought to the court's attention that might affect your ability to be as fair and impartial a juror as you would like to be or any reason why you may not want to serve as a juror in this case?

64. Is there any matter you would prefer to discuss privately with the court? ( ) Yes ( ) No

I DO HEREBY DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF ALL OF THE ANSWERS HEREIN GIVEN ARE TRUE AND CORRECT.

(Date)_____(Signature)_____

13

**EXPLANATION SHEET**

**EXPLANATION SHEET**