**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09 CR 830-4 |
| ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, ) | |
| (TAHAWWUR RANA) ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT RANA'S MOTION FOR A LIST OF WITNESSES**

Defendant, **TAHAWWUR RANA**, by and through his attorneys, **PATRICK W. BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY** and **DANIEL A. RUFO**, pursuant to Rules 16(b) and 7(f) of the Federal Rules of Criminal Procedure, and the Due Process and Effective Assistance of Counsel Clauses of the Constitution of the United States, respectfully requests that this Court enter its order requiring the government to produce, two weeks in advance of trial, a list of witnesses which it intends to call at a trial in this matter.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.  As the Court is aware, Defendant is charged in three counts of a twelve count superseding indictment with Conspiracy to Provide Material Support to Terrorism in India (Count Nine), Conspiracy to Provide Material Support to Terrorism in Denmark (Count Eleven), and with Providing Material Support to *Lashkar e Tayyiba* (Count Twelve).

2.  Given the nature of the alleged offenses, as well as the voluminous discovery, it is apparent to counsel that it will be an extremely daunting task to anticipate and fully prepare for every possible witness that the government may call.

3.  Defendant requests therefore, that the Court require the government to turn over a

witness list two weeks in advance of trial. A list of witnesses will enable counsel to effectively prepare for trial and represent Defendant at a trial in this matter. *See*, *e.g.*, *United States v. Savides*, 661 F.Supp. 1024 (N.D.Ill. 1987) (in a large scale drug case, the government was required to produce a list of witnesses to assist counsel in adequate representation of the defendant).

      4.      This Court possesses the discretion to order the government to produce a list of witnesses in advance of trial. *See*, *United States v. Napue*, 834 F.2d 1311 (7th Cir. 1987); *United States v. Turkish*, 458 F.Supp. 874 (S.D.N.Y. 1978); *United States v. Price*, 448 F.Supp. 503 (D.Col. 1978). Furthermore, the power of this Court to order the government to produce such a list is also implicit in Rules 16(b) and 7(f) of the Federal Rules of Criminal Procedure. *See*, *Will v. United States*, 389 U.S. 90, 88 S.Ct. 269 (1967); *United States v. Jackson*, 508 F.2d 1001 (7th Cir. 1975); *United States v. Beasley*, 519 F.2d 233 (5th Cir. 1975); *United States v. Moseley*, 450 F.2d 506 (5th Cir. 1971).

      5.      This is a complex case involving wide ranging allegations. The trial will be lengthy and the universe of potential witnesses very large. A witness list provided in advance of trial will promote judicial economy, and permit counsel to prepare more efficiently for trial. *See*, *e.g.*, *United States v. Climatemp, Inc.*, 482 F.Supp. 376 (N.D.Ill. 1979), *aff'd sub nom*, *United States v. Reliance Sheet Metal Works, Inc.*, 705 F.2d 461 (7th Cir. 1979) (a list of witnesses will enable the court to more accurately determine the length of trial, and how much time to allocate thereto, and will expedite the trial).

WHEREFORE, Defendant respectfully requests that this Court require the government to produce a list of witnesses it intends to call to testify in this matter at least two weeks prior to trial.

Respectfully submitted,

 s/Patrick W. Blegen
**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## **CERTIFICATE OF SERVICE**

      I hereby certify that foregoing Defendant Rana's Motion for a List of Witnesses was served on March 22, 2011, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                         **s/ Patrick W. Blegen**
                                                         **PATRICK W. BLEGEN**
                                                         53 West Jackson Boulevard, Suite 1437
                                                         Chicago, Illinois 60604
                                                         (312) 957-0100