IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 09 CR 830 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| TAHAWWUR RANA | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME
IN WHICH TO FILE ITS SANTIAGO PROFFER**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for a 10-day extension of time in which to file its *Santiago* proffer. In support thereof, the government states as follows:

1. Trial in this matter is scheduled for May 16, 2011. On January 7, 2011, the Court entered an order requiring the government to file its *Santiago* proffer and to provide the defendant with transcripts of translated conversations by April 1, 2011, 45 days before trial.

2. The government has worked diligently to conduct reviews of both classified and non-classified information in order to provide a significant volume of discovery to the defendant far in advance of trial, and has done so. The defendant is in possession of recordings, emails, reports and other information which contain the particular statements that the government will seek to admit on the basis of the *Santiago* proffer. While also conducting other preparations for trial, the government has worked diligently to identify the particular statements which it will seek to admit, prepare translations and transcripts for such conversations, and analyze the evidentiary issues associated with such statements in order to prepare a focused *Santiago* proffer. Additionally, as the Court knows, the government recently has worked diligently to address certain issues presented in under seal filings. The government submits that having an additional ten days to file its *Santiago* proffer

will allow sufficient time to allow the government to prepare a *Santiago* proffer that will better assist the Court in making a preliminary finding under Fed. R. Evid. 104(a).

3.　　　The undersigned makes this request in good faith and not for the purpose of any delay. If this request is granted, the government would be submitting its Santiago proffer 35 days before trial. The government submits that filing its *Santiago* proffer that far in advance of trial presents no prejudice whatsoever to the defense.

For the foregoing reasons, the United States respectfully requests a 10-day extension and leave to file its *Santiago* proffer on or before April 11, 2011.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

By:    /s/ Daniel J. Collins
        DANIEL J. COLLINS
        VICTORIA J. PETERS
        SARAH E. STREICKER
        Assistant United States Attorneys
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 886-3482

April 1, 2011