UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** |
| | ) |
| | ) No. 09 CR 830 |
| v. | ) |
| | ) Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, | ) |
| ABDUR REHMAN HASHIM SYED, | ) |
|    a/k/a "Major Abdur Rehman," | ) |
|    a/k/a "Pasha," | ) |
| SAJID MIR, | ) Violations: Title 18, United |
|    a/k/a "Wasi," | ) States Code, Sections 956(a)(1), |
|    a/k/a "Ibrahim," | ) 2332(a)(1) and (2), 2332f(a)(2), |
|    a/k/a "Sajid Majeed," | ) 2339A, 2339B and 2. |
| ABU QAHAFA, | ) |
| MAZHAR IQBAL, | ) |
|    a/k/a ABU AL QAMA, | ) |
| FNU LNU, | ) |
|    a/k/a MAJOR IQBAL, and | ) |
| TAHAWWUR HUSSAIN RANA | ) |

## GOVERNMENT'S *EX PARTE* MOTION TO REORDER DEFENDANTS IN THE SECOND SUPERSEDING INDICTMENT

The United States of America, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Honorable Court for an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to allow the filing of the second superseding indictment in this matter, with the defendants of that superseding indictment ordered in a different sequence than in the Superseding Indictment previously filed in this case. In support of this motion, the government states as follows:

1. On January 14, 2010, a federal grand jury returned a superseding indictment against defendants Ilyas Kashmiri, Abdur Rehman Hashim Syed, David Headley and Tahawwur Hussain Rana, charging them with various offenses, including conspiracy to bomb places of public use in

India, conspiracy to commit murder and maiming in India, murder, material support of a terrorist act in India, conspiracy to commit murder and maiming in Denmark, material support of a terrorist act in Denmark and material support of a designated foreign terrorist organization. That superseding indictment was case number 09 CR 830. After the return of the superseding indictment, defendant David Headley pleaded guilty to all twelve charges in the superseding indictment.

2.     On April 21, 2011, the government expects to ask the grand jury to return a second superseding indictment, adding four additional defendants to 09 CR 830. One of these new defendants have been charged by complaint – Sajid Mire was charged in 10 CR 693. The complaint and arrest warrant in 10 CR 693 remains under seal. The remaining three defendants have not been previously been charged. All four additional defendants were referred to in the superseding indictment: Sajid Mir was Lashkar Member A, Abu Qahafa was Lashkar Member B, Mazhar Iqbal was Lashkar Member C and Person A was an indvidual known as Major Iqbal.

3.     The government understands that the Clerk of Court, United States District Court for the Northern District of Illinois, requires that counts charged and defendants named in an superseding indictment maintain an order consistent with the dates upon which the earliest criminal complaints were filed. Given the hierarchy of the newly indicted defendants, however, the government seeks authorization from this Court to have the defendants reordered.

4. The government requests that this Motion and the Court's Order be kept under seal until the second superseding indictment is accepted by the Clerk of Court for filing.

WHEREFORE, the government respectfully requests the entry of an order directing the Clerk of Court, United States District Court for the Northern District of Illinois, to accept for filing the second superseding indictment, with the defendants reordered.

    Respectfully submitted,

    PATRICK J. FITZGERLAD
    United States Attorney


By:  /s/ Daniel J. Collins
    Daniel J. Collins
    Victoria J. Peters
    Sarah E. Streicker
    Assistant U.S. Attorney

April 20, 2011