

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 09 CR 830 |
| v. | ) | |
| | ) | Judge Young Kim |
| TAHAWWUR RANA | ) | |
| | ) | **UNDER SEAL** |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court for a Limited Seal of the Second Superseding Indictment, and having demonstrated good cause based upon foreign policy and national security concerns,

IT IS HEREBY ORDERED THAT the Second Superseding Indictment be kept under seal until April 25, 2011 at 2:00 p.m. CST, or until further order of the Court.

ENTER:

Young Kim
United States Magistrate Judge

DATE: April 21, 2011