

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ILYAS KASHMIRI, et al.,
(Tahawwur Hussain Rana)

        Defendants.

Case No. 09 CR 830-8

Hon. Harry D. Leinenweber

### ORDER

The Court hereby orders the following procedures in connection with the trial in *United States of America v. Tahawwur Hussain Rana*, 09 CR 830-8, scheduled to commence on May 16, 2011:

* No electronic devices will be allowed in the courtroom, including cell phones, pagers and laptops.

* Law Enforcement agents, officers and attorneys on the case are permitted to bring cell phones, laptops, and pagers into the courtroom, but they must turn them off before entering the courtroom.

* Photographing and video or audio recording or transmission of court proceedings is prohibited.

* No beverages or food (other than water at counsel table or the witness stand) are allowed in the courtroom.

* No conversations or disruptive gestures are permitted in the courtroom.

* No interviews are permitted on the 19th floor or any other floor of the E.M. Dirksen U.S. Courthouse other than in the lobby.

* Pursuant to General Order 07-001, dated January 9, 2007, no member of the media may solicit or conduct any on- or off-camera interview for broadcast or publication within the Courthouse lobby other than within the designated media area; this includes leaving the designated media area to film, photograph, or interview people passing through the lobby area.

* Media personnel will have lobby access until 6:15 p.m., or for 45 minutes after the Court has adjourned for the day, whichever is latest.

* The jury trial will generally begin at 10:00 a.m. Monday through Thursday. All spectators must be seated before trial begins.

* During the trial, the first bench behind the Government's table is reserved for the Government. The first bench behind the Defendant's table is reserved for the Defendant's legal team.

* Once the jury is selected, one bench will be reserved for news organizations that have reporters assigned to the courthouse on a full-time basis: Associated Press, Bloomberg News, Chicago Daily Law Bulletin, Chicago Sun-Times, Chicago Tribune, Daily South town and WBBM-AM. Each organization is allowed one reserved spot in this row. Two additional rows will be reserved for other media personnel.

* An overflow room with live audio feed will be available during the trial.

* Failure to comply with these rules will result in removal from the courtroom.

**CONTACT:** If you have any questions regarding the guidelines, please contact Michael W. Dobbins at 312-435-6860.

_[signature]_

Harry D. Leinenweber, Judge
United States District Court

**DATE:** May 4, 2011