IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ILYAS KASHMIRI, et al.,<br>(Tahawwur Hussain Rana)<br><br>                Defendants. | Case No. 09 CR 830-8<br><br>Hon. Harry D. Leinenweber |

### ORDER

On March 14, 2011, the Court entered an order granting the Government's Request for an Anonymous Jury in the above-captioned matter. Because of the need for anonymity of the jury panel in this matter, the Court has decided that the jury shall be secluded for all meals and breaks necessary while hearing evidence in this matter.

**IT IS THEREFORE ORDERED**, that the Court shall furnish any and all necessary meals to the jury panel during the duration of this trial.

                                            */s/ Harry D. Leinenweber*
                                            Harry D. Leinenweber, Judge
                                            United States District Court

**DATE:** May 12, 2011