UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   09 CR 830 |
| | ) | |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| | ) | UNDER SEAL |
| TAHAWWUR HUSSAIN RANA | ) | |

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANT RANA'S EMERGENCY MOTION TO DISMISS**

The United States of America, by and through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully submits this Memorandum in Opposition to Defendant Rana's Under Seal Emergency Motion To Dismiss.

1.   Defendant has moved to dismiss certain counts of the Second Superseding Indictment, selectively quoting a phrase from a recent interview report. The full quote is as follows:

> During the discussion of the extensive media coverage of the Mumbai attacks Headley apologized to RANA for using his office as a cover in India and told RANA that he owes him for two times now.

Defendant, however, starts the quote at the word "apologized" and removes it from its full context. The full context reveals that Headley and Rana were discussing the extensive media coverage following the attacks. That context is clear from a full reading of the report. Indeed, in the preceding sentence, RANA expressed happiness that India's incompetence was shown for everyone in the aftermath of the attacks. The context is important, considering that the evidence tendered to the defendant shows repeated instances where those involved, including Headley and Rana, were quite concerned in the aftermarth of the attacks based, in part, on the intense investigations by law

1

enforcement authorities.

2. Defendant's argument that there is no explanation other than that Headley lied to the Grand Jury is simply wrong. This would not be the first time that one defendant apologized for knowingly involving another defendant in criminal activity once they see the full impact of what they had done. The full impact of the Mumbai attacks, of course, was horrific.

3. Further, the allegation that some type of misconduct before the grand jury has occurred is simply ridiculous. The government documented the information that Headley provided in the interview and disclosed it. Rana will have more than an adequate opportunity to cross-examine Headley on this and many other statements that have been disclosed to the defense. At no time has Headley recanted his grand jury testimony or given any indication to the government that he lied before the grand jury. To the contrary, the evidence developed in the investigation has provided substantial corroboration of Headley.

WHEREFORE, the government respectfully requests that defendant's motion be denied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Daniel J. Collins
DANIEL J. COLLINS
VICTORIA J. PETERS
SARAH E. STREICKER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-3482

May 16, 2011