# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CR 830-8 |
| | ) | Judge Harry D. Leinenweber |
| ILYAS KASHMIRI, *et al.*, | ) | |
| (TAHAWWUR HUSSAIN RANA), | ) | **UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S UNDER SEAL WITHDRAWAL OF HIS
## FEDERAL RULE OF CRIMINAL PROCEDURE 12.3 NOTICE

Defendant, **TAHAWWUR RANA,** by his attorneys, **PATRICK W. BLEGEN**, **CHARLES D. SWIFT**, **JODI L. GARVEY**, and **DANIEL A. RUFO,** pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure, hereby notifies the government of his withdrawal of his claim of a defense of actual or believed exercise of public authority on behalf of a law enforcement or federal intelligence agency.[1]

Respectfully submitted,

s/Patrick W. Blegen
**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant, Tahawwur Rana.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

---

[1] Pursuant to Rule 12.3(e), "[e]vidence of an intention as to which notice was given under Rule 12.3(a), later withdrawn, is not, in any civil or criminal proceeding, admissible against the person who gave notice of the intention."