**UNCLASSIFIED**

TR:    [UI]

DH:    [Pause] But we will have to use him for this job because we have to make them happy [PH] [UI]

TR:    By the way, they should be really commended. I *appreciate* them from my heart. [OV]

DH:    [UI] My Pasha in Dubai told me this was about to happen...this one, after that when you landed in America, how did you find out about it?

TR:    I was in the *air*!

DH:    How did you find out about it in the *air*...

TR:    Yeah.

DH:    ...was it coming in writing there [Laughing loudly]

TR:    I was in the *air* and [UI] I went to...
DH:    Yeah

TR:    I went from Dubai to China [Clears throat] [Baby noise] ...was supposed to board the plane for America [Laughing]...all right, it has started.

DH:    [UI], yeah.

TR:    Yeah [UI].

[Baby noise]

[Pause]

DH:    [UI]

TR:    What, Yeah. No, I keep it outside.[OV]

DH:    [UI] Did Pasha not say that?

TR:    Yes.

DH:    When he mentioned that.

TR:    What?

DH:    Pasha had mentioned that in Dubai that this is how....

**UNCLASSIFIED**

FBI_221-000112

EXHIBIT A