**UNCLASSIFIED**

TR:    [UI]

DH:    [Pause] But we will have to use him for this job because we have to make them happy [PH] [UI]

TR:    By the way, they should be really commended. I *appreciate* them from my heart. [OV]

DH:    When you met Pasha in Dubai, when you told you that this was about to happen...this one, after that when you landed in America, how did you find out about it?

TR:    I was in the *air*!

DH:    How did you find out about it in the *air*...

TR:    Yeah.

DH:    ...was it coming in writing in the air [Laughing loudly]

TR:    I was in the *air* and [UI] I went to...
DH:    Yeah

TR:    I went from Dubai to China [Clears throat] [Baby noise] ...was supposed to board the plane for America [Laughing]...all right, it has started.

DH:    [UI], yeah.

TR:    Yeah [UI].

[Baby noise]

[Pause]

DH:    [UI]

TR:    What, Yeah. No, I keep it outside.[OV]

DH:    [UI] Did Pasha not say that?

TR:    Yes.

DH:    When he mentioned that.

TR:    What?

**UNCLASSIFIED**

FBI_264-000068

EXHIBIT B