# BLEGEN & GARVEY

### ATTORNEYS AT LAW

THE MONADNOCK BUILDING
53 WEST JACKSON BOULEVARD
SUITE 1437
CHICAGO, ILLINOIS 60604
TELEPHONE (312) 957-0100
FACSIMILE (312) 957-0111

## May 12, 2011

**By Email & Hand Delivery**
Daniel Collins
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
Daniel.Collins@usdoj.gov

Re:     *United States v. Rana*
        No. 09 CR 830-4

Dear Mr. Collins:

On today's date we received a discovery disc containing photocopies of two CDs and multiple translations. While you and I have discussed that you were intending to provide new translations which removed translator notes and references to tone of voice, the translations provided today go well beyond such changes. As I am sure you are aware, the translations provided today contain several substantive alterations from your previous final translations. In addition there appears to be a new translation, SID 5908758, which was not previously provided. Lastly, the index provided along with this discovery indicates that these transcripts "previously were provided in draft form."

As you will recall, the Court ordered a production date for final government translations of April 1, 2011, based on the necessity of review of such transcripts by a defense translator. On March 31, 2011, you provided 21 transcripts pursuant to the Court's order. On April 8, 2011, you provided an additional 28 transcripts. On April 18, 2011 you provided four additional transcripts.

In light of today's production, we intend to object to any new transcripts (produced after April 18, 2011) and to the government's use of transcripts that have been altered in substantive ways from the previous productions. Also, the suggestion that the March 31st, April 8th, and April 18th productions were "draft" transcripts is not accurate and will not be treated in that way by the defense. In the event the Court permits the government to use the transcripts provided today, we intend to cross-examine the government's translator on changes from the March 31st, April 8th, and April 18th production.

Very truly yours,


Patrick W. Blegen

EXHIBIT C