**UNCLASSIFIED**

DH:     [UI] early morning

TR:     Oye...hoy...hoy [OV]

DH:     [OV][UI] all[PH] Brigadier ...in the history of Pakistan [UI][OV]

TR:     ...Did not kill, did not kill [UI]

DH:     [UI] In three four days, I think, five six seven at the most [UI]

TR:     Right.

DH:     [UI] [Coughing] Our two three men have been killed.

TR:     That one, uh, I thought that this is the *target* [UI]

DH:     I don't know...but I am going to ask him to do [UI] first.

TR:     In this matter, ...be defensive

DH:     [UI]

TR:     [UI]

DH:     [Pause] But we will have to use him for this job because we have to make them happy [PH] [UI]

TR:     By the way, they should be really commended. I *appreciate* them from my heart. [OV]

DH:     When you met Pasha in Dubai, when he told you that this was about to happen...this one, after that when you landed in America, how did you find out about it?

TR:     I was in the *air*!

DH:     How did you find out about it in the *air*...

TR:     Yeah.

DH:     ...was it coming in writing in the air [Laughing loudly]

TR:     I was in the *air* and [UI] I went to...
DH:     Yeah

**UNCLASSIFIED**

FBI_271-000022

EXHIBIT E