# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 830 - 8 | **DATE** | 5/25/2011 |
| **CASE TITLE** | United States of America vs. Rana | | |

**DOCKET ENTRY TEXT**

Jury trial held and continued to 5/26/2011 at 10:00 a.m.

Docketing to mail notices.

06:30

| | Courtroom Deputy Initials: | WAP |
|---|---|---|