

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 830 - 8 | **DATE** | 6/9/2011 |
| **CASE TITLE** | United States of America vs. Tahawwur Rana | | |

**DOCKET ENTRY TEXT**

Jury Verdict of NOT GUILTY on Count Nine of the Second Superseding Indictment. Jury Verdict of GUILTY on Count Eleven of the Second Superseding Indictment and Count Twelve of the Second Superseding Indictment. Filed Jury Findings. The Court Enters Judgment of Acquittal on Count Nine of the Second Superseding Indictment. The Court enters Judgment of Guilty on Counts Eleven and Twelve of the Second Superseding Indictment. Cause referred to the Probation Department for a Presentence investigation. Post trial motions to be filed by 8/15/2011.

Docketing to mail notices.



Courtroom Deputy Initials: WAP