# EXHIBIT A

IN RE: GRAND JURY INVESTIGATION ) GRAND JURY NO. 09 GJ 878

BEFORE THE FEDERAL GRAND JURY

[redacted] Grand Jury)

[redacted], 2010

12:20 p.m.

PRESENT:

THE HONORABLE PATRICK J. FITZGERALD
United States Attorney, by
MR. DANIEL COLLINS
MS. VICTORIA PETERS
Assistant United States Attorney
Chicago, Illinois

(The Grand Jury, having reconvened at 12:20 p.m. on January 14, 2010, pursuant to recess, met in closed session and the following proceedings were had herein.)

[redacted]

[redacted]

[redacted]