# EXHIBIT B

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 05/09/2011

    DAVID COLEMAN HEADLEY, date of birth June 30, 1960, was interviewed during a proffer session. HEADLEY was aware of the identity of the interviewing agents and the nature of the interview. Also present at the proffer was Assistant United States Attorney Daniel Collins. HEADLEY provided the following information:

    In between HEADLEY's fourth and fifth trips to conduct surveillance in India, HEADLEY met with SAJID MIR on multiple occasions. During the first meeting with SAJID, which took place in Rawalipindi, SAJID told HEADLEY that the Mumbai attacks would take place in the next few weeks. HEADLEY met again with SAJID a short time later and was told by SAJID that the attack was postponed until at least September (2008) because they needed to wait for calmer waters.

    HEADLEY said that a few days before President MUSSARIF resigned HEADLEY took his wife and kids to a mountain range between Muzzafarabad and Lahore for a short vacation. HEADLEY believed this was in about August of 2008. While HEADLEY was with his family he received numerous text message from SAJID regarding the train station in India where HEADLEY had conducted surveillance. SAJID wanted to know the busy and slow times at the train station. HEADLEY said he provided the information to SAJID and asked why SAJID wanted to know. SAJID did not provide an explanation to HEADLEY.

    In HEADLEY's meeting with RANA in December 2008, RANA expressed happiness that India's incompetence was shown for everyone to see in the aftermath of the attacks. During the discussion of the extensive media coverage of the Mumbai attacks HEADLEY apologized to RANA for using his office as a cover in India and told RANA that he owes him for two times now. RANA replied to HEADLEY that it was three times, not two. HEADLEY told RANA that on a personal level he felt this evened the score between himself and India. HEADLEY said he was referencing the fact that India bombed HEADLEY's school in Karachi in about December of 1971.

    On one occasion HEADLEY joked with SAJID about the cartoons of the Prophet. HEADLEY told SAJID they should just publish some cartoons of Jesus to get even. SAJID said that if

---

Investigation on 05/05/2011    at Chicago, Illinois

File # 415E-CG-130854      Date dictated NA

by SA Scott Dunnam:sd

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit B

FD-302a (Rev. 10-6-95)

415E-CG-130854

Continuation of FD-302 of   <u>DAVID COLEMAN HEADLEY</u>  , On <u>05/05/2010</u>, Page <u>2</u>

    HEADLEY did that then they would have to kill HEADLEY because they (Muslims) love and believe in Jesus.

Exhibit B