# GOVERNMENT GROUP EXHIBIT ARTICLES

Case: 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 2 of 27 PageID #:2715

**4 Ways to Avoid Running Out of Money During Retirement**

If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it!

Click Here to Download Your Guide!

FISHER INVESTMENTS'

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.      Order a reprint of this article now

# THE WALL STREET JOURNAL.
WSJ.com

OPINION | April 27, 2010

# 'South Park' and the Informal Fatwa

*The veiled threats against the Comedy Central show's creators should be taken very seriously.*

By AYAAN HIRSI ALI

'South Park" is hilarious, right? Not any more.

Last week, Zachary Adam Chesser—a 20-year-old Muslim convert who now goes by the name Abu Talhah Al-Amrikee—posted a warning on the Web site RevolutionMuslim.com following the 200th episode of the show on Comedy Central. The episode, which trotted out many celebrities the show has previously satirized, also "featured" the Prophet Muhammad: He was heard once from within a U-Haul truck and a second time from inside a bear costume.

For this apparent blasphemy, Mr. Amrikee warned that co-creators Trey Parker and Matt Stone "will probably end up" like Theo van Gogh. Van Gogh, readers will remember, was the Dutch filmmaker who was brutally murdered in 2004 on the streets of Amsterdam. He was killed for producing "Submission," a film that criticized the subordinate role of women in Islam, with me.

There has been some debate about whether Mr. Stone and Mr. Parker should view the Web posting as a direct threat. Here's Mr. Amrikee's perspective: "It's not a threat, but it really is a likely outcome," he told Foxnews.com. "They're going to be basically on a list in the back of the minds of a large number of Muslims. It's just the reality." He's also published the home and office addresses of Messrs. Stone and Parker, as well as images of Van Gogh's body.

According to First Amendment experts, technically speaking this posting does not constitute a threat. And general opinion seems to be that even if this posting was intended as a threat, Mr. Amrikee and his ilk are merely fringe extremists who are disgruntled with U.S. foreign policy; their "outrage" merits little attention.

This raises the question: How much harm can an Islamist fringe group do in a free society? The answer is a lot.

Mohammed Bouyeri, a Dutch-Moroccan Muslim first thought to have been a minor character in radical circles, killed Theo van Gogh. Only during the investigation did it emerge that he was the ringleader of the Hofstad Group, a terrorist organization that was being monitored by the Dutch Secret Service.

The story was very similar in the case of the Danish cartoons of the Prophet Muhammad. The cartoons, drawn by Kurt Westergaard, were published in September 2005 to little notice but exploded five months later into an international drama complete with riots and flag-burnings. The

GOVERNMENT EXHIBIT
ARTICLES
(Group)

CARDELS 800-783-0399

GVEX_285-000001

Case: 1:09-cr-00383 Document #: 352-1 Filed: 01/14/13 Page 3 of 27 PageID #:2716

man behind this campaign of outrage was an Egyptian-born radical imam named Ahmed Abu-Laban.

Prior to this conflagration, Mr. Abu-Laban was seen as a marginal figure. Yet his campaign ended up costing Denmark businesses an estimated $170 million in the spring of 2006. And this doesn't include the cost of rebuilding destroyed property and protecting the cartoonists.

So how worried should the creators of "South Park" be about the "marginal figures" who now threaten them? Very. In essence, Mr. Amrikee's posting is an informal fatwa. Here's how it works:

There is a basic principle in Islamic scripture—unknown to most not-so-observant Muslims and most non-Muslims—called "commanding right and forbidding wrong." It obligates Muslim males to police behavior seen to be wrong and personally deal out the appropriate punishment as stated in scripture. In its mildest form, devout people give friendly advice to abstain from wrongdoing. Less mild is the practice whereby Afghan men feel empowered to beat women who are not veiled.

By publicizing the supposed sins of Messrs. Stone and Parker, Mr. Amrikee undoubtedly believes he is fulfilling his duty to command right and forbid wrong. His message is not just an opinion. It will appeal to like-minded individuals who, even though they are a minority, are a large and random enough group to carry out the divine punishment. The best illustration of this was demonstrated by the Somali man who broke into Mr. Westergaard's home in January carrying an axe and a knife.

Any Muslim, male or female, who knows about the "offense" may decide to perform the duty of killing those who insult the prophet. So what can be done to help Mr. Parker and Mr. Stone?

The first step is for them to consult with experts on how to stay safe. Even though living with protection, as I do now in Washington, D.C., curtails some of your freedom, it is better than risking the worst.

Much depends on how far the U.S. government is prepared to contribute to their protection. According to the Danish government, protecting Mr. Westergaard costs the taxpayers $3.9 million, excluding technical operating equipment. That's a tall order at a time of intense fiscal pressure.

One way of reducing the cost is to organize a solidarity campaign. The entertainment business, especially Hollywood, is one of the wealthiest and most powerful industries in the world. Following the example of Jon Stewart, who used the first segment of his April 22 show to defend "South Park," producers, actors, writers, musicians and other entertainers could lead such an effort.

Another idea is to do stories of Muhammad where his image is shown as much as possible. These stories do not have to be negative or insulting, they just need to spread the risk. The aim is to confront hypersensitive Muslims with more targets than they can possibly contend with.

Another important advantage of such a campaign is to accustom Muslims to the kind of treatment that the followers of other religions have long been used to. After the "South Park" episode in question there was no threatening response from Buddhists, Christians and Jews—to say nothing of Tom Cruise and Barbra Streisand fans—all of whom had far more reason to be offended than Muslims.

Islamists seek to replace the rule of law with that of commanding right and forbidding wrong. With over a billion and a half people calling Muhammad their moral guide, it is imperative that we examine the consequences of his guidance, starting with the notion that those who depict his image or criticize his teachings should be punished.

GVEX_285-000002

In "South Park," this tyrannical rule is cleverly needled when Tom Cruise asks the question: How come Muhammad is the only celebrity protected from ridicule? Now we know why.

*Ms. Ali, a former member of the Dutch parliament, is the author of "Nomad: From Islam to America—A Personal Journey through the Clash of Civilizations," which will be published next month by Free Press.*

Copyright 2012 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

http://online.wsj.com/article/SB10001424052748703465204575208163274783300.html            1/11/2013

GVEX_285-000003



THE PRIME MINISTER

Copenhagen, **2 1 OKT. 2005**

List of recipients attached

Your Excellencies

Thank you very much for your letter of 12 October 2005.

The Danish society is based on respect for the freedom of expression, on religious tolerance and on equal standards for all religions. The freedom of expression is the very foundation of the Danish democracy. The freedom of expression has a wide scope and the Danish government has no means of influencing the press. However, Danish legislation prohibits acts or expressions of a blasphemous or discriminatory nature. The offended party may bring such acts or expressions to court, and it is for the courts to decide in individual cases.

I share your view that dialogue between cultures and religions needs to be based on mutual respect and understanding. There is indeed room for increasing mutual understanding between different cultures and religions.

In this regard, I have personally taken the initiative to enter into a dialogue with representatives from the Muslim communities in Denmark.

Furthermore, I would like to see the dialogue between Denmark and the Muslim world strengthened. Indeed, one of the principal objectives of the initiative "Partnership for Progress and Reform", launched by the Danish Government in 2003, is to stimulate the dialogue between Denmark, the EU and countries in North Africa and the Middle East. The initiative explicitly aims to engage a broad spectrum of Danish institutions and organisations in partnerships with their sister organisations in the Arab world and Iran. The Partnership will in this way nurture institutional and personal friendships among our societies and increase mutual understanding of the values on which we base our societies.

Yours sincerely,

Anders Fogh Rasmussen

GVEX_285-000004

Case 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 6 of 27 PageID #:2719

# The Middle East Quarterly

## After the Danish Cartoon Controversy

by Pernille Ammitzbøll and Lorenzo Vidino
*Middle East Quarterly*
Winter 2007, pp. 3-11
http://www.meforum.org/1437/after-the-danish-cartoon-controversy

On February 5, 2006, at the height of the tension following the Danish newspaper *Jyllands-Posten*'s publication of cartoons depicting the Prophet Muhammad, Muslim protesters torched Denmark's embassies in Beirut and Damascus. While many in the West looked on with bewilderment, protests spread across the Muslim world, and stores in Muslim areas removed Danish products from their shelves. Even as the cartoon crisis captured headlines around the world, most people outside Denmark remain unfamiliar with the forces propelling it. Like the Salman Rushdie affair before it and the furor over Pope Benedict XVI's remarks at Regensburg University after it, the cartoon controversy had less to do with genuine outrage over the depiction of Islam's prophet and more to do with the ambitions, first, of a small group of radical imams and, later, of jousting Middle Eastern powers. Now that the dust has settled, what is the legacy of the crisis, not only for Denmark but also for the Western world?

## Background

Beginning in the late 1960s, a small Muslim population of Turks, Lebanese, and Somalis began to settle in Gellerup, a Western suburb of Aarhus, Denmark's second largest city. Gellerup, known to most locals as "the ghetto," suffers not only lower income, poorer education rates, and a higher crime rate than the rest of the city but also physical isolation. Its high-rises, which 28,000 Gellerup residents call home, are surrounded by a thick ring of public green and large boulevards. Designed in 1968 to house blue-collar workers and students from the local university, within two decades, Gellerup had become the destination of thousands of foreign immigrants who had moved to Aarhus to work in the city's food industry. By the mid-1990s, few ethnic Danish residents remained in the development.

As immigrant isolation grew, few Danes, wrapped in the political correctness common across Scandinavia, were willing to talk publicly about the problems simmering among the population; officials and commentators labeled those who did as racists and "Islamophobes." By 2001, attitudes began to change. In November, the center-right Liberal Party ended more than seven decades of left-of-center Social Democratic rule. In order to cement a coalition, the Liberal leader Anders Fogh Rasmussen reached out to the People's Party, a nationalist party that had also made significant gains. The new conservative government introduced a series of measures affecting immigrants, ranging from cutting state benefits to raising the threshold required to obtain Danish citizenship. Such measures, especially in the wake of 9-11, triggered an intense public debate over the once taboo topics of immigration and integration.

While some politicians and commentators embraced an extreme tone, as when a People's Party spokesperson compared Muslims to cancer cells,[1] much of the debate was constructive. For the first time, newspapers began to report crimes committed by gangs of teenage immigrants and honor killings of young Danish Muslim women. Politicians detailed overrepresentation of immigrants in benefit abuse and criminal activities. For example, in 2004, Danish authorities pressed charges against five times as many second generation immigrants than against ethnic Danes. In Copenhagen, three in four minors arrested is of immigrant background.[2]

GVEX_285-000005

Journalists also began to focus attention on the activities of some of Denmark's most radical imams. These clerics, for their part, did not hesitate to supply the media with headline-making statements. In 2004, one Copenhagen imam, for example, said in a televised interview that Danish women who do not wear the veil "were asking for rape;" other clerics recommended that Denmark adopt the tribal concept of blood money.[3]

## Enter Jyllands-Posten

At the forefront of Denmark's new openness toward discussion of Muslim integration was *Jyllands-Posten*, the country's largest circulation newspaper. Conservative but respected for independent reporting, in 2005, *Jyllands-Posten* won the "To Multiplicity, against Discrimination" award from the European Union for its positive coverage of successful cases of Muslim immigration in Denmark.[4] At the same time, though, the paper began to run a series of stories on radical imams in the Aarhus area with particular focus on two who had made Gellerup their headquarters.

The first to be the focus of *Jyllands-Posten* was Raed Hlayhel, a Lebanese graduate of the University of Medina in Saudi Arabia where he immersed himself in Wahhabism.[5] He moved to Denmark in 1999 after receiving a humanitarian visa to get medical care for his son but refused to learn Danish. Hlayhel established himself at Gellerup's small Grimhoejvej mosque and began to preach his strict and politicized interpretation of Islam, attracting a small following among the neighborhood's Arab population. His sermons repeatedly made *Jyllands-Posten* headlines, as he decreed that Muslim women should cover themselves from head to toe and will disqualify themselves from paradise if they wear perfume or go to the hairdresser.[6]

Hlayhel teamed up with 28-year-old imam Ahmed Akkari. Born in Lebanon, Akkari had grown up in Aalborg and made a name for himself when, at age 15, local papers portrayed him as a model immigrant and joined a campaign to prevent his family's deportation to Lebanon for illegal immigration.[7] After winning his battle with the government, Akkari attracted attention for other reasons. In 2001, a Danish court convicted Akkari of assault after he almost ripped off the ear of an 11 -year-old boy who had accidentally removed Akkari's sister's veil; in another circumstance, he advocated kicking unveiled Muslim girls.[8]

Both Hlayhel and Akkari had an axe to grind with the Danish press and with *Jyllands-Posten* in particular. They saw an opportunity when *Jyllands-Posten* published twelve cartoons depicting the prophet Muhammad.[9] Culture editor Flemming Rose explained that the idea of running such cartoons came to him "in response to several incidents of self-censorship in Europe caused by widening fears and feelings of intimidation in dealing with issues related to Islam."[10] In the aftermath of the assassination of Dutch filmmaker Theo van Gogh, ritually butchered in central Amsterdam by an Islamist who had been offended by van Gogh's movie *Submission*, Rose was disturbed by several episodes in which European artists and publishers refused to display art or perform plays that could expose them to similar threats. Having learned that a local author writing a book on Muhammad was having problems finding illustrators, Rose contacted forty illustrators and asked them to draw cartoons on the subject, curious to see what their responses would be. Only twelve cartoonists responded. Most of the cartoons were harmless, but a few were offensive and two depicted the Prophet negatively: one drew him with a bomb-shaped turban and another as an assassin.

Anger within the Danish Muslim community was high. Some Muslim readers sent letters to the newspaper denouncing the cartoons and organized peaceful protests to express their frustration. For Hlayhel, this was not enough. "Muslims will never accept this kind of humiliation," he admonished, "The article has insulted every Muslim in the world. We demand an apology."[11] Two days later,

GVEX_285-000006

Hlayhel and Akkari contacted like-minded imams throughout the country and summoned them to Odense, halfway between Aarhus and Copenhagen.[12] Addressing the clerics with a "you-are-either-with-me-or-against-Islam" rhetoric, Hlayhel said he would fight to obtain an apology and perhaps other concessions, not only from *Jyllands-Posten* but also from the Danish government.[13]

Hlayhel's attitude was likely shaped not only by strong religious convictions but also by personal ambition. He saw in the crisis the opportunity to enhance his own prestige within the Danish Muslim community.[14] He could leapfrog from being an imam at a small mosque in the suburbs of Denmark's second largest city to being the de facto leader of Danish Muslims. Hlayhel's ultimatum put other imams in a dilemma: to play along and attract negative publicity or stand accused by a radical upstart of being insufficiently willing to defend Islam.

## Enter Abu Laban

Ahmed Abu Laban, a 60-year-old Palestinian from Jaffa, who had become perhaps Denmark's most famous imam, was a case in point. A frequent commentator on Danish television and in meetings with government officials, he had taken pains to label himself a moderate. But Abu Laban's past was marred by connections with terrorists. He had settled in Copenhagen in 1983 after being expelled from both Egypt and Kuwait for his involvement in the Muslim Brotherhood.[15] In Denmark, he became the right-hand man of Abu Talal al-Qassimy,[16] a top leader of the Egyptian terrorist group Gama'a Islamiya who had received asylum in Denmark after fighting in Afghanistan alongside Osama bin Laden and other future founders of Al-Qaeda. Many other Gama'a members subsequently passed through Copenhagen, including Al-Qaeda's number two, Ayman al-Zawahiri.[17] Abu Laban also worked as a translator and distributor of *Al-Murabitoun*, the Gama'a's official magazine, which was published out of Copenhagen and, at the time, glorified the killing of Western tourists in Egypt and urged the annihilation of Jews in Israel.[18]

Abu Laban understood that leaving the spotlight to others could cost him his position of leadership within the Muslim community. Despite mutual suspicions, Abu Laban and Hlayhel teamed up to create and lead the Committee for the Defense of the Honor of the Prophet consisting of twenty-seven Muslim organizations and mosques whose stated aim was to obtain an apology for the cartoons. The committee was less than met the eye, however; Abu Laban only invited imams to Odense known for their radical views. Many of the twenty-seven member organizations were either empty fronts or groups with no more than ten members.[19]

A few days later, Hlayhel issued a press release demanding an apology from *Jyllands-Posten* on behalf of the entire Muslim community. His call for an apology was a veiled threat. "We are not threatening anybody," said the Lebanese cleric, "but when you see what happened in Holland and then still print the cartoons, that's quite stupid."[20] Abu Laban and the other imams also contacted the media and voiced their indignation.

While the story was top news in Denmark, outside reaction was muted. On October 17, 2005, the Egyptian newspaper *Al-Fajr* published the cartoons to illustrate that the depictions were in poor taste [21] as did the widely read Indonesian news website *Rakyat Merdeka*.[22] Publication of the cartoons sparked not outrage, but only indifference.

Many moderate Danish Muslims sought to distance themselves from the committee's actions. On January 16, *Jyllands-Posten* ran a front page story with the statements of forty-nine Danish Muslims who wanted to express their disapproval of the actions of the imams and dispel the notion that the committee spoke on behalf of the Muslim community.[23]

GVEX_285-000007

For a few weeks, the radical imams continued to voice their protests while *Jyllands-Posten* defended its right to freedom of expression and satire. With their efforts going nowhere, the imams contacted the ambassadors to Denmark of various Muslim countries to seek their assistance in convincing the Danish government to force *Jyllands-Posten* to apologize. Eleven of the diplomats, led by Egypt's ambassador Mona Omar Attia, sought a meeting with Danish prime minister Rasmussen to discuss the issue. Rasmussen refused. "This is a matter of principle. I won't meet with them because it is so crystal clear what principles Danish democracy is built upon that there is no reason to do so," the prime minister explained. "As prime minister, I have no power whatsoever to limit the press—nor do I want such a power."[24]

## Internationalizing the Crisis

In response, the imams decided to escalate matters. Abu Laban called upon his connections throughout the Muslim world to "internationalize this issue so that the Danish government would realize that the cartoons were not only insulting to Muslims in Denmark but also to Muslims worldwide."[25]

Helped by the Muslim ambassadors, he put together two delegations of Danish Muslims who traveled to various Muslim countries to solicit support. The delegations met with, among others, Arab League secretary Amr Moussa, the grand imam of Al-Azhar University, Sheikh Muhammad Sayyid Tantawi, and influential Sunni scholar, Yusuf al-Qaradawi. The delegation showed each of these leaders the twelve cartoons published by *Jyllands-Posten* along with others which had never been published in any Danish publication.[26] The new cartoons were much more offensive than the original twelve: one was falsely alleged to depict the Prophet Muhammad with a pig face and another to show him having intercourse with a dog. When challenged with this fraud, the imams said that the new images had been sent to them via e-mail as threats and had been shown to their Middle Eastern hosts only to give them an idea of the widespread anti-Muslim sentiment in Denmark, a claim that cannot be verified. A booklet presented by the delegation contained several blatant untruths about the oppression of Muslims in Denmark, claiming Muslims do not have the legal right to build mosques and are subjected to pervasive racism.[27] Some of the imams also gave interviews to Arab media, reiterating their accusations and claiming that the Danish government was planning to censor the Qur'an.[28]

The imams' tour was successful. By the end of December, the cartoon controversy had become international. Middle Eastern regimes, trying to ride the wave of religious revival influencing their populations, rushed to condemn the cartoons and called for boycotts of Danish goods.[29] The Organization of the Islamic Conference and the Arab League held meetings on the matter.[30] The Muslim Brotherhood and other Islamist groups used the controversy to prove their claim that the West hates Islam.[31] Many groups and organizations for different reasons opportunistically jumped on the "I hate Denmark" bandwagon.

News of the Danish controversy spread throughout the Muslim world. The same cartoons that had not sparked reaction in October caused outrage three months later. At the end of January and the beginning of February, the West watched as the cartoon controversy peaked. In Denmark, a country where even top politicians normally go around on bicycles, security guards were assigned to various *Jyllands-Posten* editors, and bomb threats were called in almost daily to various newspapers. Danish websites were hacked, and Islamists posted on-line threats of attacks against the country.[32]

Various clerics issued *fatwas* calling for the death of the twelve cartoonists, and a Pakistani cleric even put a US$1 million bounty on their heads.[33] Several Muslim countries officially endorsed a

GVEX_285-000008

boycott of Danish goods launched by religious organizations. Protesters from Gaza to Jakarta burned Danish flags and effigies of Rasmussen. That many used the controversy for local reasons was apparent. In Pakistan, where Islamists could not find buildings with Danish links, they attacked U.S. fast food restaurants.[34] In Libya, rioters did not attack Danish facilities but targeted the consulate of Italy, the country's former colonial power.[35] In Yemen, government forces falsely accused opposition journalist and free press advocate Hafez al-Bukari of accepting Danish money.[36] And in Afghanistan, the target was the U.S. air base at Bagram.[37]

## Enter Naser Khader

Paradoxically, a year later, the consequences of the crisis have been largely positive for Denmark. There has been no terrorist attack against either Denmark or Danish interests abroad. The boycott of Danish goods caused only minor losses for some Danish companies but did not affect the country's general economy.[38] In some cases, the boycott backfired: Egypt saw a 30 percent drop in Scandinavian tourism, and Danish papers reported that the Egyptian tourism attaché in Denmark was flooded with phone calls and e-mails from Egyptian hotel owners begging him to bring back Danish tourists.[39] Danes also proved the imams' accusations of Danish racism wrong; there was not a single anti-Muslim attack in Denmark throughout the cartoon crisis.

The controversy catapulted the debate about Muslim integration into the top issue among all political parties in Denmark. Seldom is there a day without a newspaper editorial, university roundtable, or a television program discussing Muslim integration. Compared with the period before the crisis erupted, the debate is more sophisticated and nuanced. The Danes understand that the Muslim community is not a monolithic bloc but encompasses different religious traditions, ethnic backgrounds, and political opinions. The crisis has taught the Danes to distinguish between Muslims who believe their faith is compatible with a secular democracy and seek integration and those who promote Shari'a (Islamic law) and shun Danish society.

Rose wrote in an editorial that the country's radical imams have been marginalized and "no longer speak for the Muslim community in Denmark because moderate Muslims have had the courage to speak out against them."[40] Possibly the most positive consequence of the cartoon controversy is the emergence of a number of moderate Muslim leaders, who have confronted the imams and affirmed their pride in living in a society that gives them freedom of expression and religion. The best known among this group is a young Syrian-born Danish parliamentarian, Naser Khader.

Khader moved to Copenhagen in 1974 at the age of 11, rejoining his father who had found a job there as an unskilled worker.[41] Learning Danish, he received a Master's degree in political science in 1993 and launched a successful political career, first locally and then nationally, making integration a priority issue. For more than a decade, Khader had criticized the attitude of many Muslim immigrants who settle in Denmark without embracing its values. His 1996 book, *Honor and Shame*,[42] which denounced some aspects of Middle Eastern culture as backwards, led to a violent confrontation with Abu Laban; the two men have not spoken since. While Danish media had once characterized the dispute between Abu Laban and Khader as merely a rift within the Muslim community, they now recognize its significance to and consequence for Danish society.

At the height of the cartoon controversy, Khader founded the Democratic Muslim Network, an organization aimed at uniting moderate Danish Muslims. Membership in Khader's organization is dependent on endorsing a document called "The Ten Commandments of Democracy,"[43] the first commandment of which is, "We must all separate politics and religion, and we must never place religion above the laws of democracy."[44]

GVEX_285-000009

Case 1:09-cr-00083-Document 142-11 Filed 01/14/13 Page 11 of 27 PageID #2624

Abu Laban has described Khader and his Muslim supporters as "rats in a hole" and "cowards" responsible for the troubles of all Muslims in Europe.[45] Then, in March 2006, French journalist Mohammed Sifaoui used a hidden camera to tape comments made by the Danish imams during what they thought was a break in an interview.[46] "If he becomes minister for foreigners or integration," said Akkari, "wouldn't there be two guys sent over to blow up him and his ministry?" Because of the ensuing outrage, Akkari wrote an open letter to Khader, apologizing for what he called his bad joke.

While few Danes still tolerate fake moderates and their double talk, where do most Danish Muslims stand? Khader's organization has more than 15,000 non-Muslim supporters but only 1,100 Muslim members, making Muslims a minority in their own organization. Khader responds that membership does not mean much. He points to the People's Party, which has 3,000 members but which obtained 13 percent of the vote in the 2001 elections.[47]

Still support could be higher. Many Muslims support Khader's vision but are afraid to do so publicly. Several who have endorsed Khader's views have received threats. Others fear labeling by the radical imams. "If you disagree with the imams you are accused of defending *Jyllands-Posten*, of being against Islam," said Rabih Azad Ahmed, a Palestinian-born Gellerup resident active in various intercultural initiatives. "Moderate Muslims are stuck in the middle."[48]

## The Security Services' Dilemma

While Danes sympathize with the moderate Muslims, the government must still address the radicalism of a segment of the community. No solution is without consequence. PET (Politiets Efterretningstjeneste), Danish domestic intelligence, knows well the goals of the radical imams but may fear alienating them. "I could have raised hell here in Denmark," said Abu Laban in the aftermath of the cartoon controversy, "I could have made the Muslims lash out."[49] Concerned with the immediate goal of avoiding violence inside Denmark, PET still engages with Abu Laban and other radical imams and sometimes praises them. In a controversial interview given in March 2005, Hans Joergen Bonnichsen, the former PET head, accused the media of demonizing the imams whom he praised for their role in calming down the Muslim community during the crisis.[50]

PET's policy of short-term obsequiousness may have long-term repercussions. Radical imams use the authorities' endorsement to boost their own status within the Muslim community, portraying themselves as the only ones who can represent and defend it. At the same time, the imams manipulate the relationship, becoming necessary mediators in any contact between authorities and the Muslim community. When, for example, in June 2006, a small right-wing group organized a provocative anti-Muslim protest inside Gellerup, the police dispatched insufficient numbers and had to resort to the imams' help to stop the local Muslim youth from attacking the protesters. If keeping order within the Muslim community is subcontracted to the imams, the state relinquishes part of its authority on its own soil to the benefit of megalomaniacal imams disloyal to Denmark and its democracy.

There are other reasons to be skeptical about the security services' benign attitude toward radical imams. Tina Magaard, an expert in Islamic literature at the University of Aarhus, analyzed a sermon delivered by Hlayhel in the aftermath of the cartoon saga, in which, according to his Manichean vision of the world, he divided Danish society into good and bad.[51] If *Jyllands-Posten*, the Danish government, and the People's Party were evil for their roles in the cartoon controversy, PET and Arla, the Aarhus-based food industry giant that condemned the cartoons fearing economic repercussions against its businesses in the Middle East, are praised for solidarity with Muslims. Magaard believes that Hlayhel considers his own position in Denmark to be similar to that of Muhammad in Medina

GVEX_285-000010

Case 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 12 of 27 PageID #:2725

Page 7 of 8

when the Prophet, having limited power at that stage, formed alliances with tribes of polytheists and Jews. PET and Arla, in Hlayhel's vision, are good Danish "tribes" with whom a deal can be made for the greater good of Muslims. But Hlayhel's covenant, like Muhammad's, Magaard warns, is revocable: it will be valid only as long as it serves the Muslims' interest, and circumstances will change as the balance of power shifts.[52]

## The Aftermath

It seems that power may be the imams' goal. Since the cartoon saga ended, Hlayhel has thrown his weight behind the construction of a large new mosque inside Gellerup, a project he had previously opposed. Wealthy Saudi businessmen have visited his mosque, attracted by his new notoriety. Since money for the construction of the mosque now comes from foreign sponsors supportive of his politics, [53] Hlayhel stands to benefit more and expand his influence at the expense of those more beholden to the local community. Those moderate and liberal Muslim organizations on the other hand that do not receive foreign largesse struggle to survive. Some receive funding from the city council but often at the expense of accusations of being government puppets.

Like the cartoon controversy, the Danish solution to the dual dilemma of how to empower moderate Muslims without tainting them and how to marginalize radicals without backlash will have repercussions beyond Denmark's border. While some in Europe are watching, many others remain in a state of denial, handicapped by political correctness and self-destructive taboos.

**Pernille Ammitzbøll** is a journalist with *Morgenavisen Jyllands-Posten*. **Lorenzo Vidino** is an analyst for the Investigative Project on Terrorism and author of *Al-Qaeda in Europe: The New Battleground of International Jihad* (Prometheus, 2005).

[1] *Spiegel Online*, Feb. 8, 2006.
[2] Author interviews with Danish member of parliament, Copenhagen, June 2006.
[3] *The Copenhagen Post*, Sept. 24, 2004; *Berlingske Tidende* (Copenhagen), June 3, 2005.
[4] *Morgenavisen Jyllands-Posten* (Aarhus), May 3, 2005.
[5] *Morgenavisen Jyllands-Posten*, May 21, 2006.
[6] *Morgenavisen Jyllands-Posten*, May 21, 2006.
[7] *Ekstra Bladet* (Copenhagen), Feb. 14, 2006.
[8] *Ekstra Bladet*, Feb. 15, 2006.
[9] Sept. 30, 2005.
[10] Flemming Rose, "Why I Published Those Cartoons," *The Washington Post*, Feb. 19, 2006.
[11] *Morgenavisen Jyllands-Posten*, Oct. 9, 2005.
[12] Author interviews with Gellerup Muslim leaders, June 2006.
[13] Author interviews with Gellerup Muslim leaders, June 2006.
[14] Author interviews with Gellerup Muslim leaders, June 2006.
[15] Author interview with Naser Khader, Copenhagen, June 2006.
[16] Analysis of the June 26, 1995 searches of the Viale Jenner mosque, Direzione per le Investigazioni Generali e per le Operazioni Speciali (DIGOS), Sept. 15, 1997.
[17] *The Guardian* (London), Sept. 24, 2001.
[18] Evan F. Kohlmann, *Al-Qaida's Jihad in Europe: The Afghan-Bosnian Network* (Oxford: Berg, 2004), pp. 26-7.
[19] Author interviews with Gellerup Muslim leaders, June 2006.
[20] *Morgenavisen Jyllands-Posten*, Oct. 9, 2005.
[21] "Muslim Cartoon Row Timeline," *BBC News*, Feb. 19, 2006.
[22] *The Washington Post*, Feb. 16, 2006.

GVEX_285-000011

Case 1:09-cr-00830 Document #: 252-1 Filed: 01/14/13 Page 13 of 27 PageID #:2726

[23] *Morgenavisen Jyllands-Posten*, Jan. 16, 2006.

[24] *The Copenhagen Post*, Oct. 25, 2005.

[25] *IslamOnline*, Nov. 18, 2005.

[26] *The Washington Post*, Feb. 16, 2006.

[27] Copy of the booklet is in the possession of the authors.

[28] See, for example, Ahmed Abu Laban, Al-Jazeera television (Doha) interview on DR1, Danish state television, Feb. 3, 2006.

[29] *Morgenavisen Jyllands-Posten*, Jan. 31, 2006; Al-Jazeera, Jan. 29, 2006; *BBC News*, Jan. 31, 2006.

[30] H.E Prof Ekmeleddin Ihsanoglu, secretary general, Organization of Islamic Conference, press release, Jeddah, Jan. 28, 2006; *BBC News*, Jan. 31, 2006.

[31] Olivier Guitta, "The Cartoon Jihad," *The Weekly Standard*, Feb. 20, 2006; *The Telegraph* (London), Mar. 2, 2006.

[32] *BBC News*, Feb. 8, 2006.

[33] *USA Today*, Feb. 17, 2006.

[34] *BBC News*, Feb. 15, 2006.

[35] *CNN.com*, Feb. 18, 2006.

[36] *Yemen Times* (Sana'a), Sept. 26, 2005.

[37] *USA Today*, Feb. 6, 2006.

[38] Author interviews with Danish member of parliament, Copenhagen, June 2006.

[39] *Politiken* (Copenhagen), Mar. 9, 2006.

[40] Rose, "Why I Published Those Cartoons."

[41] Author interview with Naser Khader, Copenhagen, June 2006; information available at Khader's website, khader.dk, accessed Sept. 5, 2006.

[42] *Ære og Skam* (Copenhagen: Borgen,1996).

[43] Naser Khader, "The Ten Commandments of Democracy," khader.dk, accessed Sept. 5, 2006.

[44] Ibid.

[45] *The Wall Street Journal*, Feb. 13, 2006.

[46] TV-DR1, Danish National Broadcasting Corp., Mar. 25, 2006.

[47] Author interview with Naser Khader, Copenhagen, June 2006.

[48] Author interview with Rabih Azad Ahmed, Aarhus, June 2006.

[49] *Morgenavisen Jyllands-Posten*, May 12, 2006.

[50] *Morgenavisen Jyllands-Posten*, Mar. 26, 2006.

[51] *Morgenavisen Jyllands-Posten*, May 21, 2006.

[52] *Morgenavisen Jyllands-Posten*, May 21, 2006.

[53] Author interviews with Gellerup Muslim leaders, June 2006.

GVEX_285-000012

# The Washington Post

## Anatomy of the Cartoon Protest Movement

Opposing Certainties Widen Gap Between West and Muslim World

By Anthony Shadid and Kevin Sullivan
Washington Post Foreign Service
Thursday, February 16, 2006

Advertisement

 How New iPads are Selling for Under $40

 Why Snoring Can Kill - and How to Stop It

 How Cruise Lines Fill All Those Unsold Cruise Cabins

BEIRUT, Feb. 15 -- It was Oct. 13 when Teguh Santosa, a 30-year-old editor with wire-rim glasses, slicked-back black hair and a stubbly beard, decided to make a point in Indonesia, the world's most populous Muslim country. His idea was a small gesture in a broader confrontation, illustrating the power of images in shaping sentiments. He scanned a dozen cartoons published in September by a Danish newspaper that lampooned the prophet Muhammad and chose to publish the one on his news Web site that has proven the most inflammatory: the prophet wearing a turban shaped like a bomb with a lit fuse.

"I wanted them to know why it was insulting," said the thickset Santosa, a Muslim who runs the widely read Rakyat Merdeka Online.

To his surprise, there was almost no reaction. A few e-mailed comments to the Web site, he said. That was all. So he republished the caricature more than a week later, on Oct. 22. Again, nothing.

"We were confused," he recalled, his sleeves rolled up to his elbows. "Why aren't people reacting to this story?"

What followed was a quintessentially 21st-century battle, a conflict steeped in decades, even centuries of grievances, reshaped by the attacks of Sept. 11, 2001, and their aftermath. A digitally interconnected world propelled it forward, as did a series of slights and missteps. And a cultural divide, at times so deep two sides cannot seemingly occupy the same space, transformed an almost incidental decision to publish a dozen cartoons on a page inside a small newspaper in Denmark into a global conflagration.

Protests have erupted in an arc stretching from Europe through Africa to East Asia and, at times, the United States. About a dozen people have died in Afghanistan; five have been killed this week in Pakistan. Muslim journalists were arrested for publishing the cartoons in Jordan, Algeria and Yemen. European countries have evacuated the staffs of embassies and nongovernmental organizations, Muslim countries have withdrawn ambassadors, and Danish exports that average more than $1 billion a year have dried up in a span of weeks.

But the scope of the fallout tells only one story. The debate over the cartoons is replete with unintended consequences, some still taking shape this week. On one side is a defense of freedom of expression, on the other an unforgivable insult to a sacred figure. In between are potentially longer-lasting repercussions: a rethinking of relations between Europe and the Muslim world, and a rare moment of empowerment among Muslims who have felt besieged. Given the moral certainty pronounced by each party, some in the middle feel forced to take sides, blurring the diversity of religious thought that might

GVEX_285-000013

Case: 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 15 of 27 PageID #:2728

offer grounds for compromise.

In the United States and Europe, some officials have suggested that the governments of Syria and Iran, isolated abroad, have stoked the protests for internal political reasons. A few Muslim leaders have contended the controversy would have ended quickly with an apology. But the conflict illustrates a broader collision of worldviews, often fueled by feelings of Muslim weakness and injury that date back long before the cartoons were published.

"The way I see it, the war has already started," said Daii al-Islam al-Shahal, a Sunni Muslim cleric in the coastal Lebanese town of Tripoli, who helped organize protests this month against the cartoons in his home town and in Beirut. "Will it end soon, or will it come to a close only after it has completely wiped out the two sides? That is up to God."

This is the story of how it unfolded.

**September**

Denmark Challenging a Religious Taboo

In September, Flemming Rose, a tall, soft-spoken editor for the Danish newspaper Jyllands-Posten, had an idea.

He had read that museums in Sweden and London had removed artwork that their staff members deemed offensive to Muslims. A comedian told him he would be afraid to desecrate the Koran, a reluctance he did not have about the Bible. Then he read that a Danish children's book author couldn't find illustrators willing to work under their own names to draw illustrations of Muhammad, the 7th-century prophet of Islam, for a new book on the religion.

Frustrated, Rose decided to contact 25 Danish newspaper cartoonists with a request to draw Muhammad as they saw him. A dozen responded, and his newspaper published each illustration on Sept. 30.

"We have a tradition of satire in Denmark," said Rose, 47, the paper's cultural editor, who saw it as a matter of principle. "We do the same with the royal family, politicians, anyone. In a modern secular society, nobody can impose their religious taboos in the public domain."

"We were astonished and extremely shocked," responded Ahmed Abu Laban, a prominent cleric in Denmark. Representations of the prophet are banned by most schools of Islamic thought. For the devout, even his name is rarely uttered without the phrase "Peace and God's blessings upon him." To Abu Laban, it was not just a portrayal: One cartoon pictured Muhammad with the explosive turban. Another depicted him in heaven greeting suicide bombers; in Islamic tradition, martyrs are promised sensual rewards in paradise. "Enough," Muhammad is portrayed as saying. "We've run out of virgins."

"Muslims have been stigmatized," Abu Laban said. The cartoons, he added, are "the drop that made the cup overflow."

Within a week, Abu Laban and others began organizing. He and leaders of 11 Muslim groups wrote letters to the newspaper and to the Danish culture minister. They received no immediate response. They circulated a petition and submitted 17,000 signatures to Prime Minister Anders Fogh Rasmussen. They met with ambassadors from 11 Muslim countries, who asked Rasmussen for a meeting, which he declined.

GVEX_285-000014

"After that, we tried to figure out a way to get more voices with us and how to be heard and get respect here in Denmark," said Ahmed Akkari, 28, a Lebanese-born theological student who has emerged as a chief spokesman for the groups.

**December**

Middle East Envoys of Protest

They decided to travel to the Middle East, where anti-American sentiment has long festered over the Israeli-Palestinian conflict, Iraq and a perceived U.S. intention to dominate the region. In recent years, surveys have shown that Muslims in the Arab world and elsewhere overwhelmingly see the U.S.-led war on terrorism as a war on Islam.

Akkari carried a 43-page dossier with photocopies of the Jyllands-Posten cartoons, along with 10 more illustrations that were published on Nov. 10 in Weekend Avisen, another Danish newspaper.

The dossier also included illustrations that depicted Muhammad as a pig and engaged in bestiality. Abu Laban and Akkari said those cartoons, and other obscene drawings of the prophet, had been mailed anonymously to Danish Muslim leaders after the controversy over the cartoons began. Critics have said the delegations deliberately inflamed the situation by passing off those cartoons as the ones published by Jyllands-Posten. Akkari and Abu Laban said those drawings were never represented as having appeared in the newspaper. Rather, they said they were included to illustrate what they called anger and prejudice against Muslims in Denmark.

"Freedom of expression without limits is like a car without brakes," Akkari said.

A delegation of five Danish Muslims went to Egypt on Dec. 4 and met with Mohammed Sayed Tantawi, head of al-Azhar, one of Sunni Islam's foremost establishments; Ali Juma, the mufti, or top cleric, of Egypt; and Amr Moussa, secretary general of the Arab League. They also met with an assistant to Ahmed Aboul Gheit, the Egyptian foreign minister. Akkari said the group stayed in Egypt about a week and gave a news conference that was covered extensively in the Arabic-language media.

A second delegation of four Muslims, including Akkari, went to Lebanon on Dec. 17 and met with Mohammed Rashid Kabbani, grand mufti of Lebanon; Mohammed Hussein Fadlallah, the spiritual head of the country's Shiite Muslims; and Nasrallah Sfeir, patriarch of the Maronite Catholic Church. The group stayed in Lebanon until Dec. 31. Akkari said he also made a day trip to Syria and gave a copy of the dossier to Sheik Ahmed Badr Eddine Hassoun, the grand mufti of Syria.

Among those they met was al-Shahal, the Lebanese cleric in Tripoli, who cringed at the sight of the pictures.

"Ugly and repugnant," he recalled thinking.

**January**

Saudi Arabia 'A Revolution Inside Me '

Over the weeks that followed those trips, the conflict germinated, sometimes by the most modern of means.

GVEX_285-000015

In Jiddah, Saudi Arabia, Hashim Balkhy, a 43-year-old plastic surgeon who would not consider himself unduly conservative by his country's standards, heard about the cartoons on about Jan. 21. He received a text message on his cell phone from a friend in Medina, one of Islam's holiest cities, saying Danish newspapers had been making fun of the prophet for months.

We must boycott them, his friend said.

That night, after his wife and children had gone to bed, he spent almost four hours online, smoking Carlton cigarettes and reading Web sites. He discovered that within weeks, an entire virtual world had already been dedicated to the subject. He stayed up past dawn.

A few days later, he got an e-mail from a Yahoo discussion group called al-Bostan, which published the cartoons. His eyes wandered over the photos until he got to one portraying the prophet wearing a turban as a bomb. He stared at it.

"They don't know our prophet," he recalled thinking. "And they can't get away with this."

Balkhy was already upset with the West. The photos of torture by members of the U.S. military at Abu Ghraib prison in Iraq had outraged him. He was bitter at American support for Israel. He had already stopped drinking Pepsi and Coke, as a symbolic gesture. But the victims in those cases were people -- Palestinians and Iraqis -- and this was the most pure man we know, Balkhy said.

"A revolution inside me started," he said.

He found that the most informative Web sites were the most religiously rigid. In the past, he had recoiled at some of their views, but he now came to rely on them for help in what had become a personal campaign.

On one Web site, he found the e-mail addresses of Danish embassies overseas, and a form letter to them. He cut and pasted a 27-page letter, written in both Arabic and English, and sent it to the embassies. The following day he sent a shorter version of the letter to the same list as well the Norwegian newspaper Magazinet, which had republished the cartoons in January. This time it was only in English. The third day, he e-mailed the same group a copy of a letter calling for a boycott.

He sent a copy of each e-mail to a separate list of 100 people, including colleagues in Egypt and Lebanon. Some he knew from training in Canada, others he met at conferences in the region. In the past, the list was often used to send jokes. This time, his messages encouraged those on the list to boycott Danish goods and, like him, write letters of protest to Danish diplomats, journalists and businessmen.

He joined what had become a virtual sphere of activism, with themes repeated from London to Jakarta, Indonesia. Its speed and scope were unprecedented; to him, it was empowering. As Balkhy sent his e-mails, thousands of others were circulating as well. Dozens of Web sites were set up. Among them was http://www.no4denmark.org/ . Text messages beeped on cell phones: "Danish papers are making fun of our prophet," read one. "Boycott their products." Supermarkets in Saudi Arabia began pulling Danish goods from their shelves, and Saudi companies published advertisements citing their support for the boycott. The kingdom recalled its ambassador to Denmark.

"We had accomplished something," Balkhy said. "Our campaign was working."

Denmark Stopping Short of an Apology

GVEX_285-000016

By Jan. 30, intense pressure had built on Rasmussen, a tough-talking farmer's son, and the editors at the Jyllands-Posten newspaper. Protesters in Muslim countries were burning Danish flags. The economic boycott that started in Saudi Arabia had nearly shut down sales of Danish cheese, butter and other products in the Muslim world. On that day, a Monday, Rasmussen expressed his first public criticism of the cartoons.

"I personally have such respect for people's religious feelings that I personally would not have depicted Muhammad, Jesus or other religious figures in such a manner that would offend other people," Rasmussen told Danish television. He stopped short of the apology demanded by Muslim leaders, saying he could not apologize for what was printed in a newspaper exercising free speech.

At about the same time, Carsten Juste, editor in chief of Jyllands-Posten, posted a similar statement. "In our opinion, the 12 drawings were not intended to be offensive, nor were they at variance with Danish law, but they have indisputably offended many Muslims, for which we apologize," he wrote.

Al-Shahal, the Lebanese cleric, watched Rasmussen's remarks on al-Jazeera satellite television. So did Balkhy, on both al-Jazeera and al-Arabiya, another Arabic-language satellite network. Both felt the same way. "Truthfully, it wasn't a real apology, in the precise meaning of the word," al-Shahal said. Balkhy was blunter: Rasmussen had "tried to weasel out of an apology."

**February**

Berlin A Free Expression Paradox

In Berlin, Roger Koppel, editor of Die Welt newspaper, saw the apologies by Rasmussen and Juste as an alarming defeat for Europe's tradition of free speech. The next day, Tuesday, Jan. 31, he met with his editorial team and ordered up a front-page story on the issue, including a reproduction of the cartoon of Muhammad with the bomb in his turban positioned at the top of Page One. At least six other European papers did the same, sharply increasing anger in the Muslim world about how the dispute was being handled.

"This had now become a huge political story," Koppel said. "In a secular Western society, a prime minister and a newspaper had to issue an apology for exercising their right to satire."

Koppel said he found many of the cartoons "ridiculous," but the quality of the images wasn't the point.

"You don't deliberately stir up religious hatred, but, sorry, we live in a secular country in the West," he said. "It's part of our culture. It's just not possible that our culture gets somehow penalized by threats."

It is illegal in Germany -- and punishable by prison time -- to make statements denying or questioning the existence of the Holocaust. It is also a crime to make "patently false statements" about the Holocaust, such as minimizing the number of victims. Some Muslims have argued that such laws constitute a double standard: in the West it's fine, they argue, to denigrate Muslims, but not Jews.

"It's not a double standard because it's the right of every culture to have its own taboos," Koppel said.

Koppel said that given Germany's painful history with the Nazis and the Holocaust, German society had chosen to establish certain limits on free speech. He said people in Germany must abide by those laws, just as people in Muslim countries must abide by the laws and traditions of those lands. He said a newspaper publishing the Muhammad cartoons in a Muslim country should expect to be punished, while

GVEX_285-000017

Case: 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 19 of 27 PageID #:2792

a newspaper publishing them in Germany should expect to be protected by German guarantees of free speech.

In Milan, Gianni Riotta, deputy editor of the Corriere della Sera newspaper, was framing it in a different way.

While defending Jyllands-Posten's right to publish, he said the Danish newspaper made a mistake in judgment by running all 12 cartoons, which he said carried the implication that "all Muslims are terrorists." Riotta said it reminded him of his days studying at Columbia University in New York under famed American television news producer Fred Friendly. He recalled Friendly telling the class, "Shouting fire in a crowded theater is not freedom of expression, it's being stupid."

Riotta had in mind publishing something with what he thought was a clearer perspective. The Corriere, one of Italy's most respected papers, ran a package of nine cartoons: three of the "least offensive" Danish cartoons, along with three anti-Semitic cartoons taken from Arab newspapers and three Nazi-era propaganda posters.

"We wanted to publish to show that these cartoons were really offensive and really racist," Riotta said. "We wanted to give our readers some perspective: This was not Salman Rushdie." Riotta said that, as a reporter, he had covered the controversy over Rushdie's novel, "The Satanic Verses," and that he believed the Danish cartoons could not be considered in the same literary league with Rushdie's book.

Muslim World Building Solidarity

Republishing the cartoons unleashed a torrent of response.

Governments were already taking action: Interior ministers from 17 Arab nations called on the Danish government to punish the Jyllands-Posten newspaper. The Saudi interior minister urged the other nations to recall their ambassadors from Denmark. Protesters burned a large photo of Prime Minister Rasmussen outside the U.N. compound in Gaza City, scenes repeated elsewhere in Muslim countries. Algeria and Yemen, among others, were calling for U.N. action against Denmark.

In Indonesia, Santosa, the Web site editor, decided to publish one of the cartoons yet again.

"But then after I published the picture, a lot of Muslim people got angry at me. Then I said, 'Oh my God, what happened?" He put the cartoon up at 9 a.m. on Thursday, Feb. 2. He pulled it down less than 12 hours later.

In time, editors in Algeria, Yemen and Jordan were arrested for publishing the cartoons, often to bring attention to the offense.

Some of the region's most influential leaders weighed in.

Fadlallah, the senior Lebanese Shiite cleric, dismissed defending the cartoons under the principle of freedom of expression. Why, then, were some European networks banning al-Manar, the television station of Lebanon's Hezbollah group, on the grounds that it incited people? Sheik Yusuf Qaradawi, a leading Sunni Muslim scholar, called on Muslims to use the dispute to strengthen solidarity. "The whole nation must be angry and rise up to show their anger," he said. "We are not a nation of donkeys. We are a nation of lions."

http://www.washingtonpost.com/wp-dyn/content/article/2006/02/15/AR2006021502865_...  12/21/2012

GVEX_285-000018

Protests erupted the next day, Feb. 3, after Friday prayers in Indonesia, Malaysia, the Palestinian territories and Iraq. They would be dwarfed by the scenes that unfolded that weekend in Lebanon and Syria.

**Feb. 4**

Middle East 'Defending the Prophet'

For days in Damascus, diplomats had heard about protests planned for Saturday. In the streets, there were posters of a Danish flag with a red X across it. Text messages went out on Friday, their source unclear: "Join us in defending our prophet and what is sacred." It added, "What are you going to do in order to answer to your prophet in the afterlife?"

The Norwegian and Danish embassies requested extra security, the diplomats said, but received none.

The protesters gathered on Feb. 4 carrying Syrian flags and banners calling on the Danish ambassador to leave the country. They tore down the flags hanging on the building. Soon, people began throwing rocks and gasoline bombs. Diplomats said they saw what appeared to be Syrian intelligence agents in the crowd. Before dusk, the Danish Embassy was ablaze, and other protesters went to the Norwegian Embassy, burning it as well. Another crowd went to the French Embassy, but was driven back by water hoses.

Ammar Sahloul, a wealthy businessman, heard about the demonstration through text messages, canceled work on Saturday and went with nearly 60 of his employees. He said he reached the Danish Embassy's doors and tried to calm things down, in vain.

"I wanted to express our resentment in the way that the prophet taught us," said Sahloul, 40. "He would not have wanted things to happen the way they happened outside the embassies."

That day, typewritten leaflets were circulating in neighboring Lebanon, calling for another demonstration in Beirut on Sunday. "They have declared war," it read. "So for the victory of our Prophet, we must accept the challenge." The 1,000 leaflets were issued by the Salafi Group in Lebanon, headed by al-Shahal, who first met the Danish delegation in December.

Hundreds boarded buses in Tripoli, flying green-and-black banners with white Islamic inscriptions from the windows. They passed at least seven army checkpoints on the way to Beirut unhindered. In time, thousands gathered in the Lebanese capital, some rampaging through a Christian neighborhood and setting fire to the building that housed the Danish Embassy. Al-Shahal, carrying a loudspeaker, said he was among the clerics who tried to restrain the crowd.

"The truth? I felt sorry when I saw it," he said. "The protest should have demonstrated strength, but with wisdom."

A day later, in Afghanistan, protesters chanting anti-American slogans tried to storm the U.S. air base in Bagram. Afghan security forces fired on the crowd, killing at least three people. More protests followed in other Afghan cities, the grievances multiplying and mixing. In all, about 12 people were killed. Unlike in Lebanon and Syria, calls were passed not by technology, but word of mouth. Few had seen the cartoons, but they had become the topic of Friday sermons there, each retelling tinged with another exaggeration.

GVEX_285-000019

"I haven't seen the cartoon itself, but I was told that our prophet has a hand grenade on his turban and each of his fingers, too," said Haji Mohammed Rafiq Shahir, head of a council of professionals in the western Afghan city of Herat.

**This Week**

Beirut Silencing Voices of Moderation

Amira el-Solh, 28, is a Lebanese Palestinian who lives in Beirut. She had heard about a text message calling for the protest in Lebanon. She, too, was angry about the caricatures, but recalled thinking that the Lebanese have greater worries today.

"Ten minutes of thought," she said she gave it.

The next day, as the protests raged in Beirut, she stayed glued to the television: Lebanese channels, CNN and the BBC. She talked to friends in Beirut, in Europe and the United States. At night, she met with friends, all disgusted with the way things had turned out.

But as she looks back at the dispute -- from the repeated publishing of the cartoons, to the protests, to the violence that pulled at Lebanon's frayed sectarian tapestry, to the moral certainty infusing the debate -- she sees the controversy as less about a dozen cartoons and more about a sense of siege in the Muslim world that forces everyone to take sides. "It's upsetting that you have to defend your identity as a Muslim constantly," she said.

She thought back to other divides in history -- the Green Line that partitioned civil war-era Beirut, the Iron Curtain, the Berlin Wall. She resented having to qualify herself as liberal or conservative, secular or religious. She worried that, in time, those definitions might become irrelevant. Perhaps they already have.

"These walls weren't so long ago," she said. "It was people who built them, and it will be people who will resurrect them."

"Do you want to silence voices of moderation, of coexistence?" she asked this week. "And this is what the generalizations of these cartoons do. It silences any individual as a Muslim and groups me along with everyone else."

<u>View all comments</u> that have been posted about this article.

© 2006 The Washington Post Company

GVEX_285-000020

Case: 1:09-cr-00830 Document #: 352-1 Filed: 01/14/13 Page 22 of 27 PageID #:2735

**Sponsored Links**

**Seasonal Stock Pick Wins**
Find Out Which Plays Make the Perfect Holiday Investment--Free Info!

**LifeLock® Fraud Services**
24/7 Credit Fraud Monitoring Plan. Proactive Credit Fraud Protection.

**USGT - #1 Mining Stock**
Groundfloor Investment Opportunity Detailed Report Inside

**Buy a link here**

GVEX_285-000021

# The Washington Post

## Bin Laden Threatens Europe Over Muhammad Cartoons

By Craig Whitlock
Washington Post Foreign Service
Thursday, March 20, 2008

Advertisement



How New iPads are Selling for Under $40



Why Snoring Can Kill - and How to Stop It



How Cruise Lines Fill All Those Unsold Cruise Cabins

BERLIN, March 19 -- In a new audiotape released Wednesday, Osama bin Laden warned Europeans that they will face a "severe reckoning" for repeatedly publishing cartoons of the prophet Muhammad in newspapers and magazines.

The five-minute speech was the second time in four months that bin Laden has delivered threats to European countries. He made only one oblique reference to President Bush -- calling him "your aggressive ally . . . who is about to depart the White House" -- and instead addressed his remarks to "the intelligent ones in the European Union."

The al-Qaeda leader criticized European countries for joining in military campaigns in Muslim lands. Although he lamented those actions, he suggested that the Muhammad cartoons were even more immoral and that retaliation was coming.

"It paled when you went overboard in your unbelief . . . and went to the extent of publishing those insulting drawings," he said. "If there is no check on your freedom of words, then let your hearts be open to the freedom of our actions."

The audio recording was accompanied by a still photograph of bin Laden holding an automatic rifle and was released by As-Sahab, the media arm of al-Qaeda.

In 2006, the Danish newspaper Jyllands-Posten published 12 cartoons depicting Muhammad, prompting protests throughout the Muslim world. Followers of the faith generally consider depictions of the prophet blasphemous. Other European publications reprinted the cartoons, citing the right to free speech.

Last month, a cartoon showing Muhammad with a bomb for a turban was reprinted in Danish newspapers after police in Copenhagen said they had disrupted an assassination plot against the illustrator.

*Staff researcher Julie Tate in Washington contributed to this report.*

**View all comments** that have been posted about this article.

GVEX_285-000022

**Sponsored Links**

**Credit Company Breach**
LifeLock Ultimate™protects your identity from the effects of data breach.

**1812% Penny Stock Picks?**
USGT is Our #1 Pick Free Must Read Report Inside!

**Map Your Flood Risk**
Find Floodplan Maps, Facts, FAQs, Your Flood Risk Profile and More!

Buy a link here

© 2008 The Washington Post Company

GVEX_285-000023

Case 1:09-cr-00830 Document #: 352 Filed 01/14/13 Page 25 of 27 PageID #:1781



**BBC NEWS**

# Cartoons row hits Danish exports

**Danish exports to Muslim countries have been hit hard by a row over cartoons depicting the Prophet Muhammad, officials in Denmark say.**

A Muslim boycott of Danish goods led to a 15.5% drop in total exports between February and June. Trade to the Middle East fell by half, statistics show.

An industry chief said there was little doubt the cartoons row was to blame.

Publication of the cartoons in a Danish newspaper in September 2005 sparked mass protests among Muslims worldwide.

In January, Muslims in a number of countries were urged to show their anger with unofficial boycotts of Danish goods.

### Incomplete picture

National statistics show that exports to Denmark's main market in the Muslim world, Saudi Arabia, fell by 40% following the boycott, while those to Iran - its third largest market - fell by 47%.

Exports to Libya, Syria, Sudan and Yemen also suffered big falls.

The cost to Danish businesses was around 134 million euros ($170m), when compared with the same period last year, the statistics showed.

Food companies, particularly those selling dairy products, were among the worst affected.

"There is little doubt that this is a result of the caricatures crisis," Peter Thagesen, head consultant of Denmark's industry federation, Dansk Industri, was quoted by the Ritzau news agency as saying.

"This is serious for the affected businesses," he added.

Dansk Industri said it would still be some time before a complete picture emerged of how much the boycott had cost the country.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/europe/5329642.stm

Published: 2006/09/09 07:38:03 GMT

© BBC 2012

GVEX_285-000024

Case: 1:09-cr-00850 Document #: 352-1 Filed: 01/14/13 Page 26 of 27 PageID #: 2782



**B B C NEWS**

# Muslim cartoon fury claims lives

**At least five people have been killed in Afghanistan as protests against European cartoons mocking the Prophet Muhammad swept across the country.**

Two people died when protesters turned on the US airbase at Bagram - although the US has had no involvement with the images, which originated in Denmark.

Meanwhile in Somalia, a teenage boy died after protesters attacked police.

Iran announced it was halting trade with Denmark, as protesters pelted the Danish embassy with petrol bombs.

Police fired tear gas in a bid to keep back hundreds of angry demonstrators, some of whom attempted to scale the wall into the embassy compound. Earlier, the Austrian embassy in Tehran came under attack.

The violence follows attacks on Danish embassies in Syria and Lebanon over the weekend. The cartoons were first published in a Danish newspaper.

Tensions continue to escalate around the world:

- Norway demands compensation from Syria after its embassy in Damascus was set on fire on Saturday

- The Turkish and Spanish prime ministers make a joint plea for respect and calm in an article in the International Herald Tribune

- In Indonesia, protesters target the Danish and US consulates in Surabaya, the country's second largest city. Protests are also held in the capital, Jakarta

- Riot police in the Indian capital, Delhi, fire tear gas and water cannons to disperse hundreds of student protesters

- Shops and businesses across Indian-administered Kashmir close after a general strike is called in protest at the drawings

- In Thailand, protesters shout "God is great" and stamp on Denmark's flag outside the country's embassy in Bangkok, the Associated Press news agency reports

- There are protests again outside the European Union offices in Gaza, following demonstrations there last week.

### 'Test our feelings'

Hundreds of people took part in the morning demonstration in Afghanistan's Laghman province, in a second day of protests in the city.

Three people died when police fired on protesters after a police station came under attack, a government spokesman said.

Demonstrators shouted "death to Denmark" and "death to France". They called for the expulsion of diplomats and soldiers, who were sent by both countries as part of international efforts in the US-led "war on terror".

GVEX_285-000025

Case: 1:09-cr-00830 Document #: 332-1 Filed: 01/14/13 Page 27 of 27 PageID #:2740

CARTOON ROW
- **30 Sept 2005:** Danish paper publishes cartoons
- **20 Oct:** Muslim ambassadors complain to Danish PM
- **10 Jan 2006:** Norwegian publication reprints cartoons
- **26 Jan:** Saudi Arabia recalls its ambassador
- **30 Jan:** Gunmen raid EU's Gaza office demanding apology
- **31 Jan:** Danish paper apologises
- **1 Feb:** Papers in France, Germany, Italy and Spain reprint cartoons
- **4 Feb:** Syrians attack Danish and Norwegian embassies in Damascus
- **5 Feb:** Protesters sack Danish embassy in Beirut

"They want to test our feelings," protester Mawli Abdul Qahar Abu Israra told the BBC.

"They want to know whether Muslims are extremists or not. Death to them and to their newspapers," he said.

In Bagram district, a peaceful protest in the morning turned violent when around 300 "bandits and gangsters" tried to enter the US base, local police chief Mawlana Sayed Khel told the BBC.

A shoot-out with police left two protesters dead, and six police officers injured, he said.

Elsewhere, hundreds protested in Kandahar, Mazar-e-Sharif and the north-eastern province of Takhar. Some 200 demonstrators gathered outside the Danish embassy in the capital, Kabul.

Afghan President Hamid Karzai reiterated his condemnation of the cartoons and called on western nations to take "a strong measure" to ensure such cartoons do not appear again. "It's not good for anybody," he told CNN.

### 'Defending freedoms'

In the autonomous Somali region of Puntland, demonstrators marched through the port city of Bosaso, shouting anti-Western slogans and converging on the UN and international aid agency buildings.

A 14-year-old boy was reportedly trampled underfoot as police fired into the air to try and disperse an increasingly angry crowd.

Peaceful protests were held in several other Somali towns.

The cartoons first appeared in a Danish newspaper in September and caused outrage among Muslims, who consider any images of Muhammad offensive.

One of the cartoons shows Muhammad wearing a bomb-shaped turban.

Newspapers across Europe republished the pictures last week, saying they were defending freedom of expression.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/south_asia/4684652.stm

Published: 2006/02/06 18:59:21 GMT

© BBC 2012

GVEX_285-000026