# GOVERNMENT EXHIBIT POST-ARREST

RANA          Okay.

SA PARSONS    Let me.

RANA          Yeah.

SA PARSONS    Do you remember a couple years ago when there was a newspaper in Denmark that published a series of cartoons?

RANA          Yeah.

SA PARSONS    Tell me about those.

RANA          There's a resentment in the whole world.

SA PARSONS    Sure. How do you feel about those cartoons?

RANA          He shouldn't have done that.

SA PARSONS    How do you feel about him?

RANA          I say he should not have.

SA PARSONS    ...should not have.

RANA          Should not have done that.

SA PARSONS    Okay.

RANA          Yeah. That's a very bad idea.

SA PARSONS    Mmm-hmm. Tell me why, why is it a bad idea?

RANA          In, in Islam, you shouldn't make a picture of the prophet.

SA PARSONS    Mmm-hmm

RANA          Shouldn't do that.

SA PARSONS    Okay.

RANA          And that's uhm, absolutely uhm, more uhm, first one, the top of that is, the

56


GOVERNMENT
EXHIBIT
POST-ARREST
CARDELS 800-783-0399

GVEX_286-000001

uhm, I don't have the (UI) to follow that. I never saw the cartoons.

SA PARSONS    Mmm-hmm

RANA          But the (UI) backlash here, I did not follow-up in the newspaper.

SA PARSONS    Okay.

RANA          I don't have any uh, American television at my house.

SA PARSONS    Mmm-hmm

RANA          I saw on the Internet...you know, so, but what I have from the media, which people, and even Dave was talking, and I was talking, and other people. Uh, whatever he has done, it is not right. He shouldn't have done that. When, nobody's asking you to do something, why would you be doing this thing? And especially, the, I mean it's a country which is who knows in one corner. Why would they be, uh, fueling whatever the sentiment...you know, you have so many problems in the rest of the world...

SA PARSONS    Right.

RANA          ...and so many people I think died, if I do not...I, uh, heard that people who are saying, before that it was not a bad idea, now since so many people have been killed, now it's a bad idea...

SA PARSONS    Okay.

RANA          ...from hindsight. So, I absolutely, absolutely...I'm very unhappy that somebody should do it.

SA PARSONS    Mmm-hmm

RANA          But there are so many people doing the, all these things, every day.

57

GVEX_286-000002

| SA PARSONS | Mmm-hmm |
| RANA | Why only this person? |
| SA PARSONS | Why only which person?  I'm confused, which... |
| RANA | I'm sorry, you are talking about the person who made the cartoon. |
| SA PARSONS | That's, right. |
| RANA | Yeah. |
| SA PARSONS | Mmm-hmm |
| RANA | Uh, that is a bad thing and I, I wouldn't be happy if somebody does that. |
| SA PARSONS | Okay. |
| RANA | No, I would not uh, support it. |
| SA PARSONS | Would you ever support the company that sponsored those? |
| RANA | Uh... |
| SA PARSONS | That, the company that published those new-, those (UI).. |
| SA BENAVIDES | The newspaper... |
| RANA | No, no... |
| SA BENAVIDES | ...he newspaper that published. |
| RANA | No, no, no.  I would, I, I wouldn't have uh, my ties with anybody, something like that. |
| SA PARSONS | Okay, well the company that published those, the newspaper was The Jylland-Posten. |
| RANA | Jyllands... |

58

GVEX_286-000003

| | |
|---|---|
| SA PARSONS | The Jyllands-Posten...The Jyllands-Posten. |
| RANA | You mentioned something... |
| SA BENAVIDES | Right here, right... |
| SA PARSONS | That is the newspaper where your employee... |
| SA BENAVIDES | From January 26th... |
| RANA | Mmm-hmm |
| SA BENAVIDES | ...this is the response... |
| RANA | Mmm-hmm |
| SA BENAVIDES | ...from your officer, David Headley. |
| RANA | Yes. |
| SA BENAVIDES | And then this is the response from you. |
| RANA | Okay. |
| SA BENAVIDES | This is the newspaper that's responsible for publishing the Prophet Mohammed cartoons. |
| RANA | Okay. So, I'm not seeing...uh, idea... |
| SA PARSONS | Let's back up a second now... |
| RANA | Okay. |
| SA PARSONS | Okay, lets review again... |
| RANA | Yeah. |
| SA PARSONS | ...make sure we're on the same page. |
| RANA | Mmm-hmm |
| SA PARSONS | We know that David Headley is associated with Lashkar-E-Tayiba. |
| RANA | Okay. |

59

GVEX_286-000004

| | | |
|---|---|---|
| SA PARSONS | Has received training from Lashkar-E-Tayiba. |
| RANA | Right. |
| SA PARSONS | You know David has met with Ilyas Kashmiri. |
| SA BENAVIDES | (CLEARS THROAT) |
| RANA | Right. |
| SA PARSONS | Ilyas Kashmiri is the leader of a faction of Harakat-ul-Jihad Islami. |
| RANA | Okay. |
| SA PARSONS | Is involved in violence in Kashmir, along with Lashkar-E-Tayiba.  David Headley travels to Denmark. |
| RANA | Okay. |
| SA PARSONS | Where he goes to very newspaper... |
| RANA | Right. |
| SA PARSONS | ...that published the Prophet Mohammed cartoons. |
| RANA | Mmm-hmm |
| SA PARSONS | Let's back up the conversation you had with him in the car.  Where he mentioned Somnath... |
| RANA | Mmm-hmm |
| SA PARSONS | Denmark... |
| RANA | Mmm-hmm |
| SA PARSONS | ...Bollywood, Shiv Sena, and the Defense College. |
| RANA | Yeah. |

60

GVEX_286-000005

SA PARSONS    What was he talking about when he gave that list?

RANA    Okay, first of all, can you help me to uh, is this in Denmark, this newspaper?

SA PARSONS    Yes, it is.

SA BENAVIDES    Yes.

RANA    Okay, okay, I have, you know, those Scandinavian countries are like a block to me.

SA PARSONS    Right.

RANA    So, I'm not sure which is where...

SA PARSONS    Mmm-hmm

RANA    ...and all that. But he, he would mention that uh, they have uh, published the cartoons.

SA PARSONS    Mmm-hmm

RANA    I would definitely condemn that.

SA PARSONS    Okay.

RANA    And I did, whenever he talked about it, I said this not a good idea, what he did.

SA PARSONS    Okay.

RANA    Not a good thing...

SA PARSONS    Do you know the name of the person that made those cartoons?

SA BENAVIDES    You said you did some Internet research on the Prophet Mohammed cartoons because you don't have American television...

RANA    No, no.

SA BENAVIDES    You went to the Internet.

61

GVEX_286-000006

RANA     No, no, I didn't say that. What I'm saying is, I don't even have uh, American TV in the house.

SA PARSONS     Mmm-hmm

RANA     When I have to watch TV, I watch on YouTube and Internet.

SA BENAVIDES     Oh...

RANA     Okay, not did some research on that.

SA PARSONS     Okay.

RANA     I don't know even the events, when they unfolded. He once discussed this with me... they, they took, they have done this. I said, I know that.

SA PARSONS     Mmm-hmm

RANA     Okay, it's a bad idea. Yes, it's a bad idea. He said more than that, the guy who made it, is not that bad. The guy who publishes it, is a bad idea. I said yes, absolutely. I mean, when they have somebody...there are reporters, who bring in something...

SA PARSONS     Mmm-hmm

RANA     You don't, you can say no, I'm not going to publish that...you know, something. I didn't, I, I said, absolutely, I hated that. And I still say to that.

SA PARSONS     Mmm-hmm

RANA     But this is a religious thing and uh, absolutely, I wouldn't uh, support this.

SA BENAVIDES     So the person that made the cartoon and the person that published the cartoon...

RANA     I have no idea who it, who I-, who is this guy.

62

GVEX_286-000007

SA PARSONS     Have you ever heard of the names before?

RANA     He did mention once, I think, but I don't, they are very...

SA BENAVIDES     See if you can remember.

SA PARSONS     Did David mention them to you?

RANA     He did mention that, there, there, this guy did it or this guy that, did that... but there are...first of all, weird names, number two, I have no uhm, I mean why would I give something to my, you know, in my head...

SA PARSONS     Right.

RANA     Who he is, and what he is...

SA PARSONS     When did he mention those names to you?

RANA     I think it's, uh, when was that, uh, was it published, after that, he has mentioned it several times.

SA PARSONS     When is the last time he's mentioned them to you?

RANA     Even this time when he was here, he did mention that, you know, this is something bad. No he was saying the guy, who was in charge of this thing, not specific to that effect.

SA PARSONS     Mmm-hmm

RANA     ...has been promoted to become chief of something.

SA PARSONS     So let me un-, understand that he, David told you...

RANA     Yes.

SA PARSONS     Recently.

RANA     Yes.

GVEX_286-000008

| SA PARSONS | That the person that published these cartoons has been promoted. |
|---|---|
| RANA | No, the person who was responsible. |
| SA PARSONS | Okay. |
| RANA | For...now...I don't recollect the, exact what he wanted to say, but he...the whole idea is something bad has been done. |
| SA PARSONS | Right. |
| RANA | And on top of that, uh, America has promo-, made him NATO Chief or NATO something, you know... |
| SA PARSONS | Mmm-hmm |
| RANA | That look, you know, that he should not have been awarded...because this was a guy, the whole world is seeing...he did a bad thing. |
| SA PARSONS | Okay. |
| RANA | And once they say it's a bad thing, this guy should be, not promoted. |
| | **(1D62 ENDS)** |
| **FROM ID63** | |
| RANA | ...for excellence... |
| SA PARSONS | Okay. |
| RANA | ...something though, that they promoted him to. |
| SA PARSONS | Let's back up a second now... |
| RANA | Sure. |
| SA PARSONS | ...I want to go back to this list. |
| RANA | Yes. |

64

GVEX_286-000009